UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 05 365

JENNIFER SHEEHAN,

Plaintiff,

v.

C.A. No._____ ___________

THE NORTH AMERICAN MARKETING CORPORATION and DELAIR GROUP, L.L.C.

Defendants.

**NOTICE OF REMOVAL**

TO: The Honorable Judges of the
United States District Court
District of Rhode Island

Petitioner, Delair Group, LLC. (hereinafter "Delair"), co-defendant in the above entitled action, states:

1. Delair desires to exercise its rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from the Superior Court for Providence County, Providence, Rhode Island, in which said cause is now pending under the name and style *Jennifer Sheehan, Plaintiff v. The North American Marketing Corporation and Delair Group, L.L.C, Defendants*, Civil Action No. 04-1698. Defendant was served a Summons and a copy of a Complaint via certified mail in this action on or about July 25, 2005. A copy of the Summons and Complaint, are attached hereto as **Exhibit A**.

2. The above-described action is one of which this court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this court by Defendant, pursuant to the provisions of 28 U.S.C. § 1441, wherein it is a civil action wherein

the matter in controversy exceeds the sum or the value of $75,000.00 exclusive of interest and costs, and is between citizens of different states.

3. Plaintiff Jennifer Sheehan at the time this action was commenced was and still is a citizen of the State of Rhode Island. Delair at the time this action was commenced was and still is a corporation organized under the laws of the State of New Jersey, with a principal place of business in the State of New Jersey, and was not and is not a citizen of the State of Rhode Island, the residence of the Plaintiff and wherein this action was brought. Co-Defendant the North American Marketing Corporation ("NAMCO") at the time this action was commenced was and still is a corporation organized under the laws of Connecticut, with a principal place of business in the State of Connecticut.

4. Delair is filing this notice within thirty (30) days of service of the Summons and Complaint, as required by 28 U.S.C. § 1446.

5. Delair will file a notice of filing this Notice of Removal and a copy of the Notice of Removal with the Clerk, Superior Court for Providence County, Licht Judicial Complex, 250 Benefit Street, Providence, Rhode Island 02903, pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as **Exhibit B**.

6. Delair will serve written notice to opposing counsel of the filing of this Notice of Removal and copies of this Notice of Removal will be served on opposing counsel pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as **Exhibit C**.

WHEREFORE, Defendant Delair Group, L.L.C. prays that the above action now pending against it in the Superior Court for Providence County, Providence, Rhode Island be removed therefrom to this Court.

Respectfully submitted,

DELAIR GROUP, L.L.C.

By Its Attorneys

Joseph V. Cavanagh (mcd)
Mary C. Dunn

Joseph V. Cavanagh, Jr. (No. 1139)
Mary Cavanagh Dunn (No. 6712)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, Rhode Island 02108
(401) 831 8900 (tele.)
(401) 751-7542 (fax)

Date: August 24, 2005

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document has been furnished *via* first class U.S. Mail on this 24th day of August 2005:

Mark P. Dolan, Esq.
RICE, DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903

David E. Maglio
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

Mary C. Dunn