STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2004-1698 JENNIFER SHEEHAN V NAMCO INC

Filing Date: 03-30-2004
Case Status: CLOSED DURING DISCOVERY

Case Type: PRODUCT LIABILITY
Status Date: 08-24-2005

Plaintiff: JENNIFER SHEEHAN
ID: @10215474

Attorney: DAVID MAGLIO

Defendant: NAMCOM INC
ID: @10260964

Attorney: MARK DOLAN

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-30-2004 | COMPLAINT FILED | |
| 04-26-2004 | SUMMONS,PROOF OF SERVICE FILED | |
| 04-28-2004 | AMENDED ANSWER TO COMPLAINT | BY DEFENDANT |
| 04-28-2004 | INTEROGGATORIES FILED | BY DEFENDANT TO PLAINTIFF |
| 04-28-2004 | REQUEST FOR PRODUCTION FILED | BY DEFENDANT TO PLAINTIFF |
| 05-12-2004 | MOTION TO APPEAR PRO HAC VICE | CONVERSION -EVENT HISTORY- |
| 05-26-2004 | MOTION TO APPEAR PRO HAC VICE | CONVERSION -EVENT HISTORY- |
| 06-09-2004 | MOTION TO APPEAR PRO HAC VICE | CONVERSION -EVENT HISTORY- |
| 06-18-2004 | STIPULA FILED,EXTEN OF TIME | PLF HAS UNTIL 07-07-04 TO ANSWER |
| 06-23-2004 | MOTION TO APPEAR PRO HAC VICE | CONVERSION -EVENT HISTORY- |
| 07-16-2004 | MOTION TO COMPEL ANSW INTEROG | |
| 07-16-2004 | MOTION TO COMPEL PRODUCTION | |
| 07-29-2004 | MOTION TO COMPEL ANSW INTEROG | CONVERSION -EVENT HISTORY- |
| 07-29-2004 | MOTION TO COMPEL PRODUCTION | CONVERSION -EVENT HISTORY- |
| 08-03-2004 | ORDR, MTN CMPL ANS TO INTEROG | |
| 08-03-2004 | GRANTED | |
| 08-03-2004 | ORDR, MOT TO COMPL REQ PROD | |
| 08-03-2004 | GRANTED | |
| 08-18-2004 | MOTION TO APPEAR PRO HAC VICE | OTE<br>JUSTICE: NETTI VOGEL |
| 08-18-2004 | GRANTED | |
| 08-18-2004 | MOTION TO APPEAR PRO HAC VICE | CONVERSION -EVENT HISTORY- |
| 08-19-2004 | RESPONSE TO REQUEST FOR PROD | PLFT'S TO DEFT. |
| 08-23-2004 | ANSWERS TO INTEROG FILED | BY PLNT |
| 08-23-2004 | ORDER PRO HAC VICE GRANTED | JUSTICE: NETTI VOGEL |
| 08-23-2004 | GRANTED | |
| 08-23-2004 | SUPPLMNTL REQ FOR PRODUC FILE | DEFT'S TO PLFT. |

True Copy Attest

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2004-1698 JENNIFER SHEEHAN V NAMCO INC

| | | |
|---|---|---|
| 09-03-2004 | OBJCTN TO REQUEST FOR PRODUCTN | BY PLNT TO SUPPLEMENTAL REQUEST |
| 09-08-2004 | MOT TO COMPEL MORE RESP ANS IN | |
| 09-23-2004 | MOT TO COMPEL MORE RESP ANS IN | CONVERSION -EVENT HISTORY- |
| 10-01-2004 | SUPPLME RSPNSE TO REQ PRODUC | PLFT. JENNIFER SHEEHAN'S. |
| 10-25-2004 | MOT TO COMPEL MORE RESP ANS IN | |
| 11-04-2004 | ORD MOT TO COMPL MORE RSPON AN | JUSTICE: ALLEN RUBINE |
| 11-04-2004 | GRANTED | |
| 11-17-2004 | MOT TO COMPEL MORE RESP ANS IN | CONVERSION -EVENT HISTORY- |
| 12-09-2004 | MOTION TO DISMISS | CONVERSION -EVENT HISTORY- |
| 12-16-2004 | MOTION TO DISMISS | CONVERSION -EVENT HISTORY- |
| 12-17-2004 | SUPPLEM ANS TO INTEROG FILE | PLFS |
| 02-02-2005 | REQUEST FOR ADMISSION(S) FILED | BY PLF |
| 02-09-2005 | RESPNS TO REQ FOR ADMISSN FILE | DEFS |
| 06-28-2005 | MOTION TO AMEND ANSWER | GRANTED UNDER RULE OF COURT AS OF 07-14-05<br>Affiliated: NAMCOM INC |
| 07-01-2005 | MOTION TO AMEND COMPLAINT | GRANTED UNDER RULE OF COURT AS OF 07-13-05<br>Affiliated: SHEEHAN, JENNIFER |
| 07-14-2005 | REQUEST FOR PRODUCTION FILED | BY PLF TO DEF |
| 07-18-2005 | ANSWER FILED | NORTH AMERICANMARKETING CORP AMENDED ANSWER TO PLF'S AMENDED COMPLAINT |
| 07-18-2005 | ORDER, MOT TO AMEND COMPLAINT | GRANTED |
| 07-22-2005 | ORDER, MOT TO AMEND COMPLAINT | GRANTED |
| 07-22-2005 | AMENDED COMPLAINT FILED | |
| 07-25-2005 | OBJECTION FILED | Affiliated: NAMCOM INC |
| 07-25-2005 | OBJECTION FILED | Affiliated: NAMCOM INC |
| 07-27-2005 | SUBPOENA DUCES TECUM | |
| 07-27-2005 | ANSWER FILED | Affiliated: NAMCOM INC |
| 07-28-2005 | STIPULATION FILED | See document for details. |
| 08-04-2005 | AFFIDAVIT OF SERVICE FILED | |
| 08-18-2005 | INTEROGGATORIES FILED | Affiliated: SHEEHAN, JENNIFER |
| 08-24-2005 | NOTICE OF REMOVAL | |
| 08-24-2005 | CASE REMVD TO US DISTRICT CT | |
| 08-24-2005 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[illegible signature]

Office of Clerk of Superior Court

Counties of Providence & Bristol

Providence