*JWK/MPD:rad 04-210*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JENNIFER SHEEHAN,<br>Plaintiff, | : | |
| VS. | : | **C.A. No: 05-364 S** |
| THE NORTH AMERICAN MARKETING CORPORATION, and DELAIR GROUP, LLC,<br>Defendants. | : | |

**STIPULATION**

I, John W. Kershaw, Esq. (#0952), hereby enter my appearance as co-counsel for the defendant North American Marketing Corporation.

John W. Kershaw

John W. Kershaw, Esq. (#0952)
Mark P. Dolan, Esq., (#3280)
RICE DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903
Phone No. (401) 272-8800
*Fax No: (401) 421-718*

Dated: October 7, 2005

CERTIFICATION

I hereby certify that I mailed a true copy of the within Stipulation to the following counsel of record:

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, 2nd Floor
Providence, RI 02903

Barry C. Reed, Jr., Esq.
Reed & Giorando
101 Tremont Street
Boston, MA 02108

Mary Cavanagh Dunn, Esq.
Blish & Cavanagh
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Dated: October 7, 2005