RECEIVED
JAN 12 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**JENNIFER SHEEHAN,**
**Plaintiff**

**v.** **C.A. No. 05-364 S**

**THE NORTH AMERICAN MARKETING CORPORATION and DELAIR GROUP, L.L.C.**
**Defendant**

**STIPULATION**

It is hereby stipulated and agreed to by and between counsel for the respective parties that Defendant Delair Group LLC shall have up to and including January 19, 2006, to answer and/or otherwise respond to Plaintiff's First Request for Admissions and First Request for Production of Documents.

Plaintiff Jennifer Sheehan

By its Attorneys,

David E. Maglio
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 833-7979 (fax)

Defendant Delair Group

By its Attorneys,

Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

January 9, 2006

**CERTIFICATE OF SERVICE**

I certify that a true copy of the within Stipulation was forwarded by U.S. Mail, postage prepared and hand-delivered to the following on the 11 day of January, 2006:

Mark P. Dolan, Esq.
John Kershaw, Esq.
Rice, Dolan & Kershaw
170 Westminister Street, Suite 900
Providence, RI 02903

David E. Maglio, Esq.
David E. Magio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

Barry C. Reed, Esq.
Reed & Giordano, P.A.
101 Tremont Street
Boston, MA 02108

Mary C Dunn