MPD:bb 04-210

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JENNIFER SHEEHAN | : | |
| | : | |
| VS. | : | C.A. NO. PC 05-364 S |
| | : | |
| THE NORTH AMERICAN MARKETING CORPORATION AND DELAIR GROUP, L.L.C. | : | |

**NOTICE OF INTENTION TO TAKE DEPOSITION**

**DATE & TIME:** **Tuesday, June 6, 2006 at 4:00 p.m.**

**DEPONENT:** **Plaintiff, Jennifer Sheehan**

Please take notice that the defendant will take the testimony on oral examination of the ABOVE-NAMED DEPONENT at the time SET FORTH ABOVE before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at the office of **RICE DOLAN & KERSHAW, 170 WESTMINSTER STREET, SUITE 900, PROVIDENCE, RI 02903**, at which time and place you are notified to appear and take such part in the examination as you be advised and as shall be fit and proper.

Mark P. Dolan, Esquire (#3280)
RICE, DOLAN & KERSHAW
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
Tel: (401) 272-8800
Fax: (401) 421-7218

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 MAY 16 P 3: 30
5/18/06

**CERTIFICATION**

I hereby certify that a copy of said NOTICE has been mailed to COUNSEL OF RECORD, as follows:

Mary Cavanagh Dunn, Esq.
BLISH & CAVANAGH
Commerce Center
30 Exchange Terrace
Providence, RI 02903

David E. Maglio, Esq.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

REPORTING ASSOCIATES
10 Dorrance Street, Suite 617
Providence, RI 02903

Barry C. Reed, Jr., Esq.
(Admitted Pro Hoc Vice)
REED & GIORDANO, P.A.
101 Tremont Street
Boston, MA 02108

Dated: May 15, 2006