*MPD:rad 04-210*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JENNIFER SHEEHAN, Plaintiff, | : | |
| VS. | : | **C.A. No: 05-364 S** |
| THE NORTH AMERICAN MARKETING CORPORATION, and DELAIR GROUP, LLC, Defendants. | : | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

The parties in the above captioned matter hereby jointly move for an extension of the Pre-Trial Order. In support of the motion, the parties submit the attached memorandum. As outlined therein, the parties are requesting an additional sixty (60) days to complete fact discovery, expert depositions, and corresponding extensions for dispositive motions and pre-trial memoranda.


David E. Maglio (MPD)
David E. Maglio, Esq., (#3459)
DAVID E. MAGLIO & ASSOCIATES, PC
*(Attorneys for the Plaintiff)*
101 Dyer Street, 2nd Floor
Providence, RI 02903
Phone No: (401) 831-5400
*Fax No. (401) 831-7979*

Barry C. Reed (MPD)
Barry C. Reed, Esq., *Pro Hac Vice*
REED & GIORDANO, PA
*(Attorneys for the Plaintiff)*
101 Tremont Street
Boston, MA 02108
Phone No: (617) 426-1166
*Fax No: (617) 426-5583*

Mark P. Dolan, Esq., (#3280)
RICE, DOLAN & KERSHAW
*(Atty for North American Marketing*
170 Westminster Street, Suite 900
Providence, RI 02903
Phone No: (401) 272-8800
*Fax No: (401) 421-7218*

J.V. Cavanagh (MPD)
Joseph V. Cavanagh, Jr. (#1139)
BLISH & CAVANAGH, LLP
*(Attorneys for Delair Group, LLC)*
30 Exchange Terrace
Providence, RI 02903
Phone No: (401) 831-8900
*Fax No: (401) 751-7542*


Dated: June 5, 2006

*MPD:rad 04-210*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JENNIFER SHEEHAN, Plaintiff, | : | |
| VS. | : | **C.A. No: 05-364 S** |
| THE NORTH AMERICAN MARKETING CORPORATION, and DELAIR GROUP, LLC, Defendants. | : | |

**MEMORANDA IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

The parties have now jointly moved for an extension of various dates set forth in the Court's Pre-Trial Order.

The Court has previously ordered that fact discovery and plaintiff's expert discovery disclosures be completed by June 7, 2006, that defendants' expert discovery disclosures be completed by June 21, 2006, that expert depositions and discovery be completed by September 9, 2006, with dispositive motions completed by that date as well. Pre-Trial Memoranda are presently due on or before October 7, 2006.

The parties have worked diligently to complete discovery necessitated by this case, however, given trial commitments of counsel, fact discovery and expert disclosures will not be completed consistent with the Court's Pre-Trial Order or by June 21, 2006. Thus, the parties are requesting an additional sixty (60) day extension, through and including **August 7, 2006** within which to complete fact discovery, and for the plaintiff's expert discovery to be disclosed, and two weeks thereafter through and including **August 21, 2006** within which the defendants expert discovery is to be disclosed. The parties also are requesting an additional sixty (60) days, through and including **November 7, 2006** to complete expert depositions and to file dispositive motions. The parties would also respectfully request thirty (30) days time following the Court's ruling on dispositive motions within which to file Pre-Trial Memoranda on by **December 7, 2006.**

For all of these reasons, the parties jointly would request the extensions of the Pre-Trial Order as outlined above.

David E. Maglio, Esq., (#3459)
DAVID E. MAGLIO & ASSOCIATES, PC
*(Attorneys for the Plaintiff)*
101 Dyer Street, 2nd Floor
Providence, RI 02903
Phone No: (401) 831-5400
*Fax No. (401) 831-7979*

Mark P. Dolan, Esq., (#3280)
RICE, DOLAN & KERSHAW
*(Atty for North American Marketing*
170 Westminster Street, Suite 900
Providence, RI 02903
Phone No: (401) 272-8800
*Fax No: (401) 421-7218*

Barry C. Reed, Esq., (*Pro Hac Vic)*
REED & GIORDANO, PA
*(Attorneys for the Plaintiff)*
101 Tremont Street
Boston, MA 02108
Phone No: (617) 426-1166
*Fax No: (617) 426-5583*

Joseph V. Cavanagh, Jr. (#1139)
BLISH & CAVANAGH, LLP
*(Attorneys for Delair Group, LLC)*
30 Exchange Terrace
Providence, RI 02903
Phone No: (401) 831-8900
*Fax No: (401) 751-7542*

Dated: June 5, 2006