MPD FILED 210

JUN 0 5 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER SHEEHAN,
Plaintiff,

VS. C.A. No: 05-364 S

THE NORTH AMERICAN MARKETING CORPORATION, and DELAIR GROUP, LLC,
Defendants.

**JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

The parties in the above captioned matter hereby jointly move for an extension of the Pre-Trial Order. In support of the motion, the parties submit the attached memorandum. As outlined therein, the parties are requesting an additional sixty (60) days to complete fact discovery, expert depositions, and corresponding extensions for dispositive motions and pre-trial memoranda.


David E. Maglio (MPD)
David E. Maglio, Esq., (#3459)
DAVID E. MAGLIO & ASSOCIATES, PC
*(Attorneys for the Plaintiff)*
101 Dyer Street, 2nd Floor
Providence, RI 02903
Phone No: (401) 831-5400
*Fax No. (401) 831-7979*

Mark P. Dolan, Esq., (#3280)
RICE, DOLAN & KERSHAW
*(Atty for North American Marketing*
170 Westminster Street, Suite 900
Providence, RI 02903
Phone No: (401) 272-8800
*Fax No: (401) 421-7218*

Barry C. Reed (MPD)
Barry C. Reed, Esq., *Pro Hac Vice*
REED & GIORDANO, PA
*(Attorneys for the Plaintiff)*
101 Tremont Street
Boston, MA 02108
Phone No: (617) 426-1166
*Fax No: (617) 426-5583*

Joseph V. Cavanagh (MPD)
Joseph V. Cavanagh, Jr. (#1139)
BLISH & CAVANAGH, LLP
*(Attorneys for Delair Group, LLC)*
30 Exchange Terrace
Providence, RI 02903
Phone No: (401) 831-8900
*Fax No: (401) 751-7542*


Dated: June 5, 2006

**GRANTED**
WESmith
William E. Smith
U.S. District Judge
6/22/06