MPD:taa 04-210

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JENNIFER SHEEHAN | : | |
| | : | |
| VS | : | C.A. No: 05-364-S |
| | : | |
| THE NORTH AMERICAN MARKETING CORPORATION and DELAIR GROUP, LLC | : | |

**AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION**

DATE: Monday, July 31, 2006, at 3:00 p.m.

DEPONENT: Plaintiff, **JENNIFER SHEEHAN**

PLACE: 64 Scenic Drive, North Kingstown, RI 02852

Please take notice that defendant, *The North American Marketing Corporation*, will take the testimony on oral examination of the ABOVE-NAMED DEPONENT at the time SET FORTH ABOVE before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at 64 Scenic Drive, North Kingstown, RI 02852, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Mark P. Dolan, Esq. (#3280)
RICE, DOLAN & KERSHAW
*Attorneys for Defendant,*
*The North American Marketing Corp.*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document has been mailed, postage pre-paid, to **David E. Maglio, Esq.**, David E. Maglio & Associates, P.C., The Owen Building, 101 Dyer Street, 2nd Fl., Providence, RI 02903; **Barry C. Reed, Jr., Esq.**, Reed & Giordano, 101 Tremont Street, Boston, MA 02108; **Mary Cavanagh Dunn, Esq.**, Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, RI 02903-1765; and to **Reporting Associates**, 10 Dorrance Street, Suite 617, Providence, RI 02903, on this 14th day of July, 2006.