UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JENNIFER SHEEHAN<br>Plaintiff,<br><br>VS.<br><br>THE NORTH AMERICAN MARKETING CORPORATION and DELAIR GROUP, L.L.C.,<br><br>Defendants. | ) | C.A. NO. 05-364S |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

The parties in the above-captioned matter hereby jointly move for an extension of the Pre-Trial Discovery Order that was allowed on June 22, 2006. In support of the motion, the parties submit the attached memorandum. As outlined therein, the parties are requesting an additional sixty (60) days to complete fact discovery, expert depositions and corresponding extensions for dispositive motions and pretrial memoranda.

/s/ David E. Maglio Law
David E. Maglio, Esq. (#3459)
The Owen Building
*(Attorneys for the Plaintiff)*
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 833-7979 (FAX)

/s/ Mark P. Dolan
Mark P. Dolan, Esq., (#3280)
RICE, DOLAN & KERSHAW
*(Atty for North American Marketing)*
170 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 272-8800
(401) 421-7218 (FAX)

/s/ Barry C. Reed, Jr.,
Barry C. Reed, Jr., Esq., *Pro Hac Vice*
Reed & Giordano, PA
*(Attorneys for Plaintiff)*
101 Tremont Street
Boston, MA 02108
(617) 426-1166
(617) 426-5583 (FAX)

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr. (#1139)
BLISH & CAVANAGH, LLP
*(Attorneys for Delair Group,LLC)*
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900
(401) 751-7542 (FAX)

**CERTIFICATION**

To:

Mark P. Dolan, Esq.
John W. Kershaw, Esq.
RICE, DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903

Mary Cavanagh Dunn, Atty.
BLISH & CAVANAGH
Commerce Center
30 Exchange Terrace
Providence, RI 02903

I hereby certify that on the _8th_ day of November, 2006, I caused a true copy of the Joint Motion for Extension of Discovery Dates to be electronically mailed by Court's CMF system to the above-listed attorneys.

/s/ David E. Maglio, #3459

And regular mailed to the following Attorneys:

John Kershaw, Esq.
RICE, DOLAN & KERSHAW
170 Westminster Street, Suite 200
Providence, RI 02903

Barry C. Reed, Jr., Esq.
REED & GIORDANO, P.A.
101 Tremont Street
Boston, MA 02108

/s/ David E. Maglio, #3459

h:clients\sheehan\namco\pleading\motion for extension discovery dates 11.8.06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JENNIFER SHEEHAN<br>Plaintiff,<br><br>VS.<br><br>THE NORTH AMERICAN MARKETING<br>CORPORATION and DELAIR<br>GROUP, L.L.C.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>C.A. NO. 05-364S |

**<u>MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DISCOVERY DATES</u>**

The parties have now jointly moved for an extension of various dates set forth in the Court's Pre-Trial Order, as amended on June 22, 2006.

The Court has previously ordered that fact discovery and Plaintiff's expert discovery disclosures be completed by August 7, 2006, that defendants' expert disclosures be completed by August 21, 2007, with dispositive motions filed by November 7, 2006. Pre-Trial Memoranda are presently due on or before December 7, 2006.

The parties have worked diligently to complete discovery necessitated by this case, however, give trial commitments of counsel, fact discovery and expert disclosures will not be completed consistent with the court's current Pre-Trial Order. Thus, the parties are requesting an additional sixty (60) day extension through and including **January 5, 2007** within which to complete fact discovery, and for the plaintiff's expert discovery to be disclosed; and two weeks thereafter through and including **January 19, 2007** within which the defendants' expert discovery is to be disclosed. The parties also

are requesting an additional (60) days, through and including **March 20, 2007** to complete expert depositions and to file dispositive motions. The parties would also respectfully request thirty (30) days time following the Court's ruling on dispositive motions with which to file Pre-Trial Memoranda or, if no such motions are filed, on or before **April 19, 2007**.

For all of these reasons, the parties jointly would request the extensions of the Pre-Trial Order as outlined above.

/s/ David E. Maglio Law
David E. Maglio, Esq. (#3459)
The Owen Building
*(Attorneys for the Plaintiff)*
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 833-7979 (FAX)

/s/ Mark P. Dolan
Mark P. Dolan, Esq., (#3280)
RICE, DOLAN & KERSHAW
*(Atty for North American Marketing)*
170 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 272-8800
(401) 421-7218 (FAX)

/s/ Barry C. Reed, Jr.,
Barry C. Reed, Jr., Esq., *Pro Hac Vice*
Reed & Giordano, PA
*(Attorneys for Plaintiff)*
101 Tremont Street
Boston, MA 02108
(617) 426-1166
(617) 426-5583 (FAX)

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr. (#1139)
BLISH & CAVANAGH, LLP
*(Attorneys for Delair Group,LLC)*
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900
(401) 751-7542 (FAX)

**CERTIFICATION**

To:

Mark P. Dolan, Esq.
John W. Kershaw, Esq.
RICE, DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903

Mary Cavanagh Dunn, Atty.
BLISH & CAVANAGH
Commerce Center
30 Exchange Terrace
Providence, RI 02903

I hereby certify that on the _8th_ day of November, 2006, I caused a true copy of the Memoranda in Support of Joint Motion for Extension of Discovery Dates to be electronically mailed by Court's CMF system to the above-listed attorneys.

/s/ David E. Maglio, Esq.

And regular mailed to the above-listed attorneys:

John Kershaw, Esq.
RICE, DOLAN & KERSHAW
170 Westminster Street, Suite 200
Providence, RI 02903

Barry C. Reed, Jr., Esq.
REED & GIORDANO, P.A.
101 Tremont Street
Boston, MA 02108

/s/ David E. Maglio, #3459

h:clients\sheehan\namco\pleadings\memo in support ext of disc dates