**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JENNIFER SHEEHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 05-364 S** |
| | ) | |
| **THE NORTH AMERICAN MARKETING CORPORATION and DELAIR GROUP, L.L.C.** | ) | |
| | ) | |
| **Defendants** | ) | |

**NOTICE OF DEPOSITION**

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Delair Group LLC., by its attorneys, shall take the deposition of **THOMAS EBRO,** before a Notary Public or other official authorized to administer oaths, starting on **May 22, 2007,** at **1:00 p.m.** at the offices of Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, Rhode Island.

The deposition shall continue from day to day until completed.

DELAIR GROUP LLC
By its Attorneys,

Mary Dunn

Joseph V. Cavanagh, Jr. #1139
Mary Cavanagh Dunn #6712
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: 401-831-8900
Facsimile: 401-751-7542

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 2nd day of May, 2007 I caused a true copy of the within *Notice of Deposition* to be sent via first-class mail, postage prepaid, to:

Mark P. Dolan, Esq.
Rice, Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

David E. Maglio
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

Barry C. Reed, Esq.
Reed & Giordano, P.A.
101 Tremont Street
Boston, MA 02108

Reporting Associates
10 Dorrance Street
Providence, RI 02903

Linda A. Spink

*F:\DOCS\MCD\Delair Group LLC\EbroNOD*