**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**July 17, 2007 Calendar Call**

## CRIMINAL CASES

| | |
|---|---|
| **CR06-106-02-S-LDA** | **USA v. Khalid Mason**<br>Possession with Intent to Distribute Cocaine |
| **CR07-05-01-S-LDA** | **USA v. Eudy Antonio Tejada-Pichardo**<br>Possession with Intent to Distribute Cocaine |
| **CR07-05-02-S-LDA** | **USA v. Ricardo Mejia**<br>Possession with Intent to Distribute Cocaine |
| **CR07-22-01-S-LDA** | **USA v. Daniel McGlone**<br>Distribution of Human Growth Hormone |
| **CR07-22-02-LDA** | **USA v. Ana Marie Santi**<br>Distribution of Human Growth Hormone |
| **CR07-75-S-LDA** | **USA v. Patrick H. Pierce**<br>Felon in Possession of a Firearm |
| **CR07-76-01-S-LDA** | **USA v. Joseph R. Connors**<br>Possession with Intent to Distribute Cocaine |
| **CR07-76-02-S-LDA** | **USA v. Richard J. Mouro**<br>Possession with Intent to Distribute Cocaine |

## CIVIL CASES

| | |
|---|---|
| **CA05-364-S-LDA** | **Jennifer Sheehan v. The North American Marketing Corp, et al**<br>Personal Injury |
| **CA05-450-S-DLM** | **Lynn M. Sutherland v. HYC, Inc., et al**<br>Admiralty |

## NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on July 31, 2007 to be tried in the order listed. The calendar will be called on **July 17, 2007** at **9:00 a.m.** Juries will be empaneled on July 31, 2007 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge

Date: June 25, 2007

**Please notify Clerk's Office if any counsel of record have not been notified.**