# EXHIBIT D








NO DIVING
SHALLOW WATER
DIVING MAY CAUSE DEATH
OR PERMANENT INJURY












DANGER
WARNING





