# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JENNIFER SHEEHAN,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 05-364 S** |
| | ) | |
| **THE NORTH AMERICAN MARKETING CORPORATION and DELAIR GROUP, L.L.C.** | ) | |
| | ) | |
| **Defendants** | ) | |

**RESPONSES TO FIRST REQUEST FOR ADMISSIONS TO DEFENDANT DELAIR GROUP, LLC**

Defendant Delair Group, LLC ( "Delair"), objects to Plaintiff's First Request For Admissions directed to it to the extent that the documents and/or information sought are protected by the attorney-client privilege and/or the work product privilege. Without waiving but specifically preserving and incorporating these preliminary objections in their Response to the individual Requests, Delair hereby responds to the First Request For Admissions as follows:

**Request No. 1:** Prior to August 8, 2002, Delair Group, LLC sold NAMCO above-ground pools known as the Johnny Weismuller Safari model manufactured by the Delair Group, 8600 River Road, Delair, New Jersey, 08110.

**Response:** Admitted.

12

**Request No. 2:** At some time prior to August 8, 2002, Delair Group, LLC sold NAMCO an above-ground pool known as the Johnny Weismuller Safari model manufactured by the Delair Group, 8600 River Road, Delair, New Jersey, 08110 that was then sold to Marvin Nadiger, of 30 Serenity Court, Warwick, Rhode Island.

**Response:** Defendants are without knowledge and/or information sufficient to form a belief as to the truth or accuracy of the allegations in Request No. 2.

**Request No. 3:** The photograph attached as exhibit "A" accurately depicts a Johnny Weismuller Safari model manufactured by the Delair Group, 8600 River Road, Delair, New Jersey, 08110

**Response:** Defendants are without knowledge and/or information sufficient to form a belief as to the truth or accuracy of the allegations in Request No. 3.

**Request No. 4:** The photograph attached as exhibit "A" accurately depicts the Johnny Weismuller Safari model manufactured by Delair Group, 8600 River Road, Delair, New Jersey, 08110 that was sold by NAMCO to Marvin Nadiger, of 30 Serenity Court, Warwick, Rhode Island.

**Response:** Defendants are without knowledge and/or information sufficient to form a belief as to the truth or accuracy of the allegations in Request No. 4.

**Request No. 5:** Prior to August 8, 2002, Delair Group LLC knew that consumers and users of its Johnny Weismuller Safari model without a deck or promenade walk would stand on the pool rails.

**Response:** Denied.

**Request No. 6:** Prior to August 8, 2002, Delair Group, LLC knew that consumers and users of its Johnny Weismuller Safari model without a deck or promenade would jump off of the pool rails.

**Response:** Denied.

**Request No. 7:** Prior to August 8, 2002, Delair Group LLC knew that consumers and users of its Johnny Weismuller Safari model without a deck or promenade walk would dive off of its pool rails.

**Response:** Denied.

**Request No. 8:** Prior to August 8, 2002, Delair Group LLC did not design a pool rail for its Johnny Weismuller Safari model without a deck or promenade walk that a consumer or user could not stand on.

**Response:** Objection. Request is unclear and contains double negatives. Please restate it clearly.

**Request No. 9:** Prior to August 8, 2002, Delair Group, LLC did not manufacture a pool rail for its Johnny Weismuller Safari model without a deck or promenade walk that a consumer of user could not stand on.

**Response:** Objection. Request is unclear and contain double negatives. Please restate it clearly.

Respectfully submitted,

DELAIR GROUP, L.L.C.

By Its Attorneys

Mary C. Dunn

Joseph V. Cavanagh, Jr. #1139
Mary Cavanagh Dunn #6712
BLISH & CAVANAGH
30 Exchange Terrace
Providence, Rhode Island 02108
(401) 831 8900
(401) 751-7542 (fax)

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document has been furnished *via* hand-delivery and first class U.S. Mail on this 19th day of January 2006 to:

Mark P. Dolan, Esq.
RICE, DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903

David E. Maglio
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

Barry C. Reed, Esq.
Reed & Giordano, P.A.
101 Tremont Street
Boston, MA 02108
(via first-class mail only)