# EXHIBIT H

# CTA

## ConTech Associates, Inc.

3146 Catrina Ln. - Annapolis, Md. 21403
301-864-8532 (DC Metro) - 410-878-2784 (Annapolis)
Email lpaulick@comcast.net


May 21, 2007

Mark P. Dolan
Rice Dolan & Kershaw
The Union Trust Building
Suite 900
170 Westminster Street
Providence, RI 02903

Dear Mr. Dolan:

You have asked that I provide you my Opinions regarding the incident involving Jennifer Sheehan, and the Delair Group Above Ground Pool, hereinafter called the Pool, that occurred on August 2, 2002.

I have been provided the following information regarding this incident:

Deposition of Jennifer Sheehan, Stephen Radocchia, Marvin Nadinger, and Fred Schall.

Installation and Pool Care Instructions Manual Johnny Weissmuller Pools, The Safari I.

The Sensible Way to Enjoy Your Aboveground/Onground Swimming Pool.

Care and maintenance of Your Swimming Pool, Swimming Pool Customer Service Department, 8600 River Road, Delair, NJ 08110.

Plaintiff's Second Amended Complaint

Plaintiff's Answers to Interrogatories

Plaintiff's Supplemental Answers to Interrogatories

Photographs (laser prints) of the Pool and plaintiff.

T3478-99 Pool Assembly and Installation Manual.

Various Medical Records.

**Site Inspection**

On September 29, 2005, I was able to perform a site inspection of the Pool at the home of Marvin J. Nadiger, at 30 Serenity Court, Warwick, RI. The Johnny Weismueller Safari Model, Delair Above Ground Pool and Ladder (manufacturer unknown) was still in the original location, and according to the Mr. Nadiger, had not been moved, or altered since the incident.

The Pool was surrounded by a 6'-0" picket fence in good repair, and the Pool, was in "Good" condition, with an Above Ground Pool Ladder in its original position. The Pool according to Mr. Nadiger had not been used for some time, and the water was opaque and green with algae.

The Pool was a typical Above Ground Pool, and was reported to have been purchased and installed in 1997 or 1998. This round Pool had a water depth of approximately 40", and an inside diameter of approximately 17'-11".

The Pool had a pump and filler, an inlet, and a through the wall skimmer, typical of Above Ground Pools of this type. The Pool had a Top Rail with bullnose edges, that was approximately 0'-6 3/4" wide.

The Pool had signage at various points around the Pool that included:

a.. On the coping at the location of the ladder, a "DANGER, NO DIVING, SHALLOW WATER, DIVING MAY CAUSE DEATH OR PERMANENT INJURY". The word Danger was 1' high, in bold red capital letters, with a viewing distance in excess of 25-0"'with the remaining verbiage 5/16" high, in bold black capital letters, with a viewing distance in excess of 9-0". There was also a pictogram, showing a diver hitting his head on the bottom, in shallow water, with red highlights around a broken neck, and a slash through the dive, depicting the written message of Do Not Dive, shallow water, diving may cause death or permanent injury

This warning sign and pictogram would have been clearly visible to anyone entering this Pool using the Ladder.

b. There was a red "DANGER, NO DIVING, SHALLOW WATER" sign on the inside portion of the coping at approximately the 10:00 and 2:00 position, with the ladder at the 6:00 position. The sign, on the coping was approximately 1 1/4" high in bold red capital letters, with a viewing distance in excess of 31'-0". While the label was faded at the time of the inspection, photographs taken after the incident showed the letters were not faded and very visible.

This sign was positioned so that anyone entering the Pool from the Above Ground Pool Ladder or in the pool would be able to read the sign.

c. On each of the three slip resistant Ladder treads on the outside of the Pool, there was an embossed sign that said, "DANGER SHALLOW WATER DO NOT DIVE OR JUMP", in capital letters approximately 3/8" high, with a viewing distance in excess of 9'-0".

This signage would have been clearly visible to anyone entering the Pool from the above ground ladder.

d. There was also a sign on both handrails dealing with the ladder use and stability.

The signage in a, b, and c above are those which have had considerable review by various parties, including, but not limited to the US Consumer Product Safety Committee, The Trade Association, Safety Consultants and others interested in informing the consumer on the fact that diving is not permitted in Above Ground Pools.

**ANSI/NSPI-4 Standard for Aboveground Swimming Pools**

A review of this Pool was made to determine if it met the criteria for the ANSI/NSPI-4 Standard for Aboveground Swimming Pools, in several area that were of issue in this incident.

1. SCOPE

1.1 This standard describes certain criteria for the design, manufacturing, testing, care and use of aboveground/onground residential (Type-0) non-diving swimming pools and their components.

1.2 Aboveground/onground residential swimming pools are for swimming and wading only. No diving board, slides or other equipment are to be added to an aboveground/onground pool that in any way indicates that an abovegound/onground pool may be used or intended for diving purposes.

5. INSTRUCTIONS

Section 5.1 Each pool shall be supplied with a self-explanatory, illustrated set of instructions for assembly, installation, maintenance, and use. A parts list shall be provided.

5.1.1 The instructions shall clearly list the manufacture's name and address.

5.1.2 Safety, Usage and Maintenance Features: The instructions shall advise the initial pool owner of a swimming pool of the following features relating to safety, usage and maintenance. For other safety considerations, see Appendix G.

5.1.2.12 The instructions shall advise the pool owner there shall be no diving into an aboveground/onground swimming pool. (For Examples of Safety Signs, See Appendix B.)

5.1.2.13 The instructions for safety signs in the instruction manual shall have this signal words(s) (danger, caution or warning) written in bold type, a minimum of twice the size of the normal type used in the instructions, and shall be contained in a bordered area. Safety Signs should comply with the requirements of ANSI Z535 Series of standards for Safety Signs and Colors.

6. ABOVEGROUND/ONGROUND SAFETY SIGNS: Safety signs should comply with the requirements on ANSI Z535 series of standards for Safety Signs and Colors.

6.1 The manufacturer shall affix and /or provide safety signs stating no diving.

6.3 The installer shall affix all safety signs in accordance with the manufacture's instructions stating no diving above the water level so it can be clearly visible.

6.5 The ladder manufacturer shall affix and/or provide safety signs stating no diving.

6.6 The instructions for safety signs shall have the signal word(s) (danger, caution or warning) written in bold type, a minimum of twice the size of the normal type used in the instructions, and shall be contained in a bordered area.

This requirement was met by the written manuals provided, and in the warnings listed in a, b and c described above.

8. ABOVEGROUND/ONGROUND RAISED DECKS AND RAISED FENCING

8.7 Signage: The deck package shall have supplied a safety sign to address "No Jumping No Diving " to be affixed at point of entry

8.8 Walk-Around Decks: Walk-around (patio) decks shall be a minimum of fifteen inches (15") wide, measured from the inside edge of the pool to the outside of the pool walk-around.

Section 8. Decks - This Pool did not have a "Deck" or an optional "Walk-around (patio) deck". Therefore the requirement of this section do not apply.

If the Pool had had a optional "Walk-around (patio) deck", then Section 8.8 would apply and require that the deck shall be a minimum of fifteen inches (15") wide, measured from the inside of the Pool to the outside of the Pool walk-around.

This Pool did not have a walking deck or any other surface that was intended to be used for sitting, standing and walking. The Top Rail is neither a "Deck" nor "Walk-around (patio) deck" and is not intended for sitting, standing, walking, and certainly not diving.

Article XIX 18. NSPI Glossary of Industry Terms

Coping - The cap on the Pool or spa wall that provides a finishing edge around the Pool or spa. Can be formed, cast in place or pre-cast, or pre-fabricated from metal or plastic materials. It may be used as part of the system that secures a vinyl liner to the top of the Pool wall.

Decks: Those areas immediately adjacent to a Pool or spa that are specifically constructed or installed for use by users for sitting, standing, or walking.

Pools: Aboveground Pool - A removable Pool of any shape that has a minimum water depth of thirty-six inches (36") and maximum water depth of forty-eight inches (48"). The wall is located on the surrounding earth and may be, readily disassembled or stored and reassembled to

its original integrity. Diving is prohibited. (Refer to NSPI-4 Standard for Aboveground Swimming Pools.)

Top Rail - That frame part located on top of or adjacent to the outer edge of the aboveground Pool wall.

Appendix B

This standard requires the use of appropriate safety signs at certain locations in and around aboveground/onground pools and pool equipment in use.

(Note - A Warning sign similar to that installed on the top rail of this Pool is shown in Appendix B).

This sign is produced by, and avaliable from the National Swimming Pool Foundation (NSPF). This safety sign was based on a study entitled "Design of Swimming Pool Warnings" which is also available from NSPF. The sign has been reviewed and supported by the U.S. Consumer Product Safety Commission.

Appendix G

Do not allow diving, climbing, sitting or standing on the top rails of the pools.

**<u>Additional Considerations</u>**

In the materials provided, noted above, there were various items that were noteworthy.

Jennifer Sheehan had a calculated BAC of 0.01% to 0.02%when she entered the Emergency Room at the Hospital.

Jennifer Sheehan had been in the Pool with Mr. Nadinger's children some 15-20 minutes before Mr. Nadinger join them.

Jennifer Sheehan entered the Pool using the Aboveground Pool ladder, where bold red signage and pictograms warned, "DANGER, NO DIVING, SHALLOW WATER DIVING MAY CAUSE DEATH OR PERMANENT INJURY"".

In addition there was a clear pictogram that showed a diver hitting his head on the bottom, with shallow water, with red highlights around a broken neck, and a slash through the dive, depicting written message of Do Not Dive, shallow water, diving may cause death or permanent injury.

There was another red warning sign "DANGER, NO DIVING, SHALLOW WATER" on the inside portion of the coping at approximately the 10:00 and 2:00 position, with the ladder at the 6:00.

And finally, there was a warning sign on each of the three slip resistant Ladder treads on the outside of the Pool, there was an embossed sign that stated, "DANGER SHALLOW WATER DO NOT DIVE OR JUMP", in capital letters.

Each of these warning signs was clearly visible, well within the viewing distance of anyone entering the Pool, or using the Pool.

Jennifer Sheehan ignored these warnings signs from the outside and inside the Pool and lifted herself onto the Top Rail of the Pool, an area not intended for sitting, walking or standing, and certainly not a platform to be used for diving into this shallow body of water.

After her first dive, Mr. Nadinger, admonished Jennifer Sheehan, and said, "Can't You Read", pointing to the No Diving signs.

Jennifer Sheehan, again ignored the warnings signs against diving, and now the verbal warning by the homeowner Mr. Nadinger, and again from the inside of the Pool lifted herself onto the Top Rail, and performed a second dive into this shallow Aboveground Pool. On her second dive Jennifer Sheehan hit the bottom, and suffered a permanent neck injury.

## Conclusions

The Above Ground Pool at Mr. Nadinger home, complied with the Standard for Above Ground Pools, namely the ANSI/NSPI Standard-4.

The literature provided repetitive warnings against diving into an Aboveground Pool. These warnings were verbally communicated to Jennifer Sheehan by the homeowner Mr. Nadinger after her first dive.

The warnings on the Pool, "DANGER, NO DIVING, SHALLOW WATER DIVING MAY CAUSE DEATH OR PERMANENT INJURY", DANGER, NO DIVING, SHALLOW WATER", and "DANGER SHALLOW WATER DO NOT DIVE OR JUMP" were a clear message that would be seen when entering the Pool, and while in the Pool.

Jennifer Sheehan had been drinking and had a calculated BAC of 0.01% to 0.02%when she entered the Emergency Room at the Hospital.

Jennifer Sheehan ignored the written and verbal warnings against NO DIVING, and as a result of her actions, even in light of these clear warnings dove a second time. Her injuries are the sole responsibility of Jennifer Sheehan, and a result of her fragrant disregard for the warning signs and verbal warning provided.

Sincerely,

Larry Paulick, P.E.
President