# EXHIBIT I

# In The Matter Of:

*Jennifer Sheehan v. The North American Marketing Corporation, et al*

---

*Marvin Joseph Nadiger, Jr.*
*April 12, 2006*

---

*Reporting Associates*
*10 Dorrance Street*
*Westminster Square Building Suite 617*
*Providence, RI 02903*
*(401) 351-1660*

*Original File DUNNLO.TXT, 69 Pages*
*Min-U-Script® File ID: 2707709318*

**Word Index included with this Min-U-Script®**

A: I don't recall that, no.

Q: Okay. And then you drove from the restaurant to your home?

A: Correct.

Q: Who drove?

A: She did.

Q: Who paid for the lunch?

A: I don't remember. I think she did because she picked me up, to be honest with you.

Q: Okay. Do you know if she paid by credit card or —

A: I don't know. I don't remember that.

Page 35

Q: Okay. What happened after you got to the house?

A: Well, she got changed up and went into the pool, was playing with, I believe, two of the children. And I was in the house, so for, you know, the first probably fifteen, twenty minutes or so. And she begged me to come in. So I actually had to cut a pair of jeans off to have swimming 'cause I have no swimming apparel. So that's the amount of time I took and then got into the pool with the kids. That was one of the three times that I've been in the pool in, you know, all the years I owned it, so.

Q: And how long were you in the pool before she started diving?

A: I want to say no more than ten minutes, fifteen minutes or so. You know, she was actually showing the kids, I guess, a couple of tricks in the pool, so.

Q: Were all three kids in the pool at that point?

A: I don't remember. I want to say just two were in the pool at that particular time, so.

Q: Do you remember which ones?

A: I'd like to say Jamie, my youngest, and my son Marvin.

Q: Okay.

A: You know.

Page 36

Q: Okay. Do you ever talk to the kids about this incident?

A: Not since the actual incident.

Q: Okay. That day did you?

A: Not that day because I left and spent the rest of the day at the hospital and then evening with her, so.

Q: Okay. Did you, when did you — I'm trying to find out, did you talk to the kids about it?

A: The day after I spoke to them about it, yeah. They were pretty upset.

Q: All right. Do you know if Nicole witnessed the accident?

A: Yes, I believe she did. She's the one that went and got the phone, so I could call 911, so.

Q: Okay. So if she wasn't in the pool, she was around the vicinity of the pool?

A: She was around the pool or just got out, one of the two. She was participating, but I don't think she was in at the time.

Q: I think you mentioned your mom was baby-sitting. Did she witness what happened?

A: No. She had already left. The minute we got home, she was out the door.

Q: Okay. Now, you said that you thought that she may have injured herself, Jennifer Sheehan may have

Page 37

injured herself on her first dive?

A: Correct.

Q: Could you describe for us from the time that she first dove until you realized that she was injured, what occurred.

A: Well, she got up on the side of the pool, and she dove. And it looked like it was going to be a shallow dive because the pool is pretty shallow. When she surfaced, I said, "Can't you read?" You know, I said, you know, " No diving." You know? Enough's enough, you know. She got back up on the thing. And then when she did, it wasn't the same shallow dive. It looked like a jackknife, just like she, you know, she either bent over 'cause she realized there was damage to her. I can't explain it, but, and just went head down; and then when she came up, I thought that she was possibly, you know, everybody's played dead in the, you know, floated into the pool.

Q: Sure.

A: I thought that maybe she was just showing the kids, you know, floating in the pool. When she stayed there too long, I went over and, and grabbed her and rolled her over. When I did, I had my hand, her head went right back. I realized her neck was broken. So

Page 38

I reached around her and held her and held her head in one arm and kept her in the pool. She spit up a lot of water. She was actually drowning. Called my, called to my oldest daughter to get the phone. I dialed the phone. And she, and then I talked to the 911 operator, told them I need somebody here, break, broke her neck in the pool. I stayed in the pool. I knew enough to keep her in the pool, not try to carry her out of the pool. In fact, the firemen had said that, "You probably saved her life by doing what you did." When they got there, one of the firemen jumped into the pool immediately, slid the board. And I helped him tie her down to the board. And then they took her out and away we went.

Q: Was she conscious?

A: She was conscious. She just kept saying, "I can't feel my legs. I can't feel my legs," so.

Q: All right. If we go back to the exhibits, the photos, Exhibit B, let's take a look at page 2, B2. You said that she climbed onto the edge of the pool. As we look at that photo, where would she have been on the edge of the pool?

A: To the right of the pool, right after the second bend.

Q: To the right of the —

Page 39

A: The ladder. I'm sorry. To the right of the ladder, second bend, you'll see how it's an octagon-type.

Q: I'm with you. Okay.

A: So she would have been on the second one over there. Actually, the back of the house would have been towards her back.

Q: Okay. And where were you situated in the pool?

A: I was directly across from her in the opposite corner.

Q: So as we look at this photo, it would have been in the left-hand side of the pool, right?

A: Correct.

Q: And do you know where the kids were?

A: The kids were over here around the ladder. They were young enough, they tend to hang onto the ladder just to stay afloat with their swimming stuff, so.

Q: Okay. All right. And, now, were you facing her when she dove?

A: Yes, I was.

Q: Now, the first time she dove, she dove straight towards you?

A: Correct.

Q: And she, did she come up in front of you?

A: Yes, she did.

Q: Okay. And was it at that point that you told her,

Page 40

you said to her, "Can't you read?"

A: Yes, sir.

Q: "You can't dive"?

A: That is correct. Because where I was standing is where one of the, let's see, photo right here on page 8.

Q: Yes.

A: Is the corn—- the side that I was standing, so it's right there in front of you.

Q: Yes. Did you point that out to her?

A: Yes, I did.

Q: Oh, you did. Okay. Did she say anything?

A: No. We both kind of laughed. I mean, at that particular time, you know, I didn't expect her to get back up on the side of the pool. So I said, you know, "Can't you read?" And we laughed about it, you know. You know, actually talking to her like a little kid, you know. And, and that was pretty much it.

Q: Okay. And then, then what happened next —

A: Well, —

Q: — after you said that?

A: She had gone back, you know, swam around a little bit and then went back over to the other side. Of course, you know, she had to jump up and put her

Page 41

hands behind her and sit up and then get up. That's the only way you get up on them. And then she got up on the top and dove again.

Q: Okay. Now, are you telling me that she didn't use the ladder; she just —

A: No.

Q: — boosted herself up?

A: She boosted herself up, you know.

Q: Did she do that the first time as well?

A: Yes.

Q: And the second time she boosted herself up, and then she would have had to turn around?

A: Well, if you boost your back up and then you get up, and you just kind of position yourself —

Q: Oh, I'm with you.

A: — or put your legs up, you know.

MR. CAVANAGH: I'm sorry. Did you get that?

(Reporter nods head in the affirmative)

Q: Okay. In other words, she did it with, she was facing you in the pool?

A: Facing me and just put her butt up on the thing.

Q: And she just pushed herself up?

A: Yeah.

Q: Okay. And then did she immediately stand up?

Page 42

A: Yes. Yes. She stood. And when she did that, you know, she went up and put her legs up.

Q: Okay.

A: Don't ask me how she did it 'cause I know I can't, but she got right up.

Q: Did you say anything more to her about diving?

A: I didn't get a chance. You know, by the time she got up and got up, and she just dove, just, you know, went over, you didn't get a chance. I mean, the accident was there, and I didn't get a chance to say, "What the hell are you doing?" and, you know, reprimand her.

Q: Yes.

A: I just, everything happened so fast.

Q: Did she look like she did a different type of dive the second dive?

A: Yes. Yes. That's why I said, it didn't make sense. You know, I had thought at first when she did the first dive, maybe she hit her head then. But how did you, if you had broke it or if it was already fractured, and you finished it by, you know, jumping back up and straining yourself. You know? 'Cause the second time it was a totally different dive. It was like a jackknife, you know. And it made no sense in a shallow pool like that, so. You know, I'm not

Page 43

sure, I mean, you know, why she did it that way.

Q: But it was an intentional dive, the second dive?

MR. DeMELLO: Objection.

A: Yes. Well, that's —

Q: You're a—-

A: I'm assuming. I'm not sure, I mean.

Q: From what you observed?

A: From what I observed, I mean, it looks like she, you know, she went to dive again, but I don't know. It wouldn't make no sense why she would jackknife instead of a shallow dive when she knew it was shallow, so.

Q: Was she talking to the kids at anytime about her diving and what she was doing?

MR. DeMELLO: Objection.

A: No. I don't believe she was, no.

Q: Okay. Now, on the second dive, she went in and she came up in front of you again?

A: She wasn't as close to me at that time. She was more or less in the middle of the pool. And she was just floating facedown with her arms just kind of like out.

Q: In any of your conversations with Jennifer Sheehan after the injury about how it occurred, did she indicate to you what she thought happened?

Page 44

A: I don't recall if she did. No, I don't.

Q: Did you ever have a conversation with her after the injury about the fact that you had pointed out the sign to her and told her no diving? Did that ever come up?

A: No.

Q: Do you know, did she ever bring it up?

A: No. Not that I recall, no.

Q: Now, as best you recall, in your statements to others about this incident and how it occurred, have you told them, those people what you've told us here today?

A: Yes. I believe so.

Q: Do you know if she had any experience with aboveground pools in her life before this?

A: Don't know that, no.

Q: Do you know if she had any swimming experience?

A: Don't know that, either.

Q: Or diving experience?

A: Don't know that, either.

Q: Those two dives that you've described that occurred while you were in the pool, there's no question in your mind that she dove; she didn't jump?

A: Correct.

MR. DeMELLO: Objection.

Page 45

Q: Had you ever been drinking with Jennifer Sheehan before this day?

MR. DeMELLO: Objection.

A: Yes.

Q: On a number of occasions?

MR. DeMELLO: Objection.

A: No. No. We'd only been seeing each other for about six months. And, like I said, every other day didn't give us a lot of time.

Q: Right. Okay.

A: So.

Q: Could you approximate for us how many times you, she drank in your presence?

MR. DeMELLO: Objection.

MR. DeMELLO: Objection.
A: No, I did not.
Q: You mentioned there was two dives.
A: Correct.
Q: How much time elapsed between the two dives?
A: I'm going the say no more than maybe ten minutes or so, ten or fifteen.
Q: Prior to Jennifer going into the pool, did you indicate any rules about diving to her?
A: No, I did not.
Q: Now, at the time of her injury, the pool did have warning signs about diving, is that correct?
A: Yes, it did.
Q: How many did it have?
A: I believe it has two on the side and one at the step.
Q: The one at the step, where is that located?
A: Right, if you want me to show you on the exhibit, I'll be glad to.
Q: Number 6?
A: Number 6 it is.
Q: And that would be on —
MR. CAVANAGH: Just for the record, that's Exhibit B, page 6.
Q: And this shows us a warning sign that's at the bottom

Page 52

of the ladder on the edging or coping of the pool?
A: Correct.
Q: So as one enters the pool, that warning sign would be directly in front —
A: In front of you.
Q: — below them and in front of them as they enter the pool from the ladder?
A: Correct. Eye level, basically, when you're coming up the ladder.
Q: Was there anything obstructing any of the warning signs on the day in question?
A: No.
Q: When the pool was installed, how many warning signs came with the pool?
A: They installed them, but it was that one. And then there's one on page 8, Exhibit B, page 8, there is one on each side.
Q: You're getting good at this.
A: Yeah. I don't know. I might hang around. There is two of the other signs, like on page 8, opposite each other on the pools.
Q: Were there any other warning signs installed when the pool was originally installed?
A: No. Everything is the original stuff that's there. I didn't remove nothing.

Page 53

Q: And as one would enter the pool from the ladder, the two warning signs similar to the one on page 8 of Exhibit B, as you're entering the pool from the ladder, where would they be?
A: The, as you're entering, towards the left you would see the other one and towards the right, in both places so that they're on each side. One in —
Q: In terms of a clock, would it be approximately eleven o'clock, one o'clock?
A: Yeah. I would say that would be, you know.
Q: Did, prior to Jennifer jumping the first time, did she acknowledge in any way the warning signs?
A: I don't believe she made any comments.
Q: Did Jennifer use the ladder when she got into the pool for the first time?
A: Yes. Yes, she did.
Q: Did you observe her at that time?
A: No, no, I didn't, but that's the only way, basically, in.
Q: The water level in the pool on the day in question when she was injured, where was that, from using the, whatever you could use best to describe it.
A: I would say, by looking at the photo where the skimmer is positioned, approximately at least six to seven inches from the top of the, just enough, like

Page 54

I said, explained earlier about, so that the pump would circulate.
Q: Do you remember what Jennifer ate at the Chinese restaurant?
A: I believe it was chicken wings. She was craving the wings. They're famous for their wings.
Q: Do you remember how much she ate?
A: No. I'm sorry. I don't.
Q: Do you remember eating anything else, other than the chicken wings at the restaurant?
A: No, I don't.
Q: Did she indicate what she ate earlier in the day, if anything?
A: No, she did not.
Q: Did she have anything else to eat after you left the Chinese restaurant and before she was injured?
A: No.
Q: Do you remember — strike that. Do you know her approximate weight back when the incident occurred?
A: Not approximate. I mean, I can guess. I'd have to say about 125, 130, in that area, something like that.
Q: Was anyone else home, other than your mother and the children, when you arrived?
A: No.

Page 55

Q: When the incident occurred, was anyone home, other than yourself, Jennifer, and the children?
A: No.
Q: When did you first form an opinion that Jennifer was going to dive the first occasion?
A: Oh, I would say once I seen her get up on the pool, the side of the pool.
Q: Did you know she was going to dive at that point?
A: No, I wasn't sure what she was going to do until she actually stood up on the side of the pool.
Q: Okay. From the time she first stood up on the side of the pool and dove into the pool, how much time elapsed?
A: I would have to say seconds. I mean, she got up and dove.
Q: When she dove for the first time, did you tell her not to?
A: After that, not before.
Q: Why not before?
A: I didn't get a chance. She was up on the pool and dove.
Q: Happened too quickly?
A: Too quickly.
Q: She dove into the pool, and you made a comment to her, something to the effect, "Can't you read? No

Page 56

diving"?
A: Correct.
Q: Then sometime thereafter, she exited the pool, again in a similar fashion, to get up on top of the decking or coping of the pool?
A: That's correct.
Q: And when she was doing that, did you say anything to her?
A: I said it just prior, just laughing, like I just said now.
Q: And from the time that she got up on the decking or the coping of the pool the second time until she dove in a second time, how much time elap-