# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JENNIFER SHEEHAN<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN MARKETING CORPORATION AND DELAIR GROUP, L.L.C.<br><br>Defendants. | **C.A. No. 05-364 S** |

**PLAINTIFF, JENNIFER SHEEHAN'S ANSWERS TO DEFENDANT, DELAIR GROUP, LLC'S FIRST SET OF INTERROGATORIES**

**GENERAL OBJECTIONS**

The Plaintiff, Jennifer Sheehan, hereby responds to the Interrogatories contained in Interrogatories Propounded by Defendant, Delair Group, LLC. to be answered by Plaintiff, Jennifer Sheehan.

1. The Plaintiff objects to providing information which is protected by any privilege, including the attorney-client privilege.

2. The Plaintiff objects to providing information protected from disclosure as its attorney's work product, including but not limited to mental impressions, conclusions, opinions, legal theories of its attorneys, constituting trial preparation materials.

3. The Plaintiff objects to so much of the Interrogatories as would compel production of more information than is required by the Federal Rules of Civil Procedure, or require supplementation beyond that required by the Rules.

4. The Plaintiff objects to providing information which is equally available to the defendant or already in his possession, custody, or control or in possession, custody or control of any agent or representative of the defendant.

15a

INTERROGATORY No. 22

Please describe in complete detail, and in chronological order, how the accident occurred.

ANSWER No. 22

**The incident occurred on August 8, 2002 at approximately 6:00 PM at 30 Serinity Ct., Warwick, RI. Just prior to the incident I had been invited to join the children of Marvin Nadiger for a swim in his pool. I recall entering the pool. I then proceeded to stand up on the deck/edge of the pool and I proceeded to dive in a controlled manner into the pool. I then attempted to dive into the pool the same way again. However, on the second attempt I lost my balance because of the narrow decking and entered the pool at a steeper angle, causing my head to strike the bottom of the pool.**

INTERROGATORY No. 23

Please describe in complete detail, and in chronological order, everything you did to avoid the accident.

ANSWER No. 23

**Briefly, just prior to the incident I had been invited to join the children of Marvin Nadiger for a swim in his pool. I recall entering the pool. I then proceeded to stand up on the deck/edge of the pool and I proceeded to dive in a controlled manner into the pool. I then attempted to dive into the pool the same way again. However, on the second attempt I lost my balance because of the narrow decking and entered the pool at a steeper angle, causing my head to strike the bottom of the pool.**

INTERROGATORY No. 24

Please identify any and all alcoholic beverages you consumed with 24 hours before the accident. Please provide:

(a) the nature and amount of alcoholic beverages consumed (beer, wine, mixed drinks, etc.);

(b) where those beverages were consumed (home, office, bar, restaurant, etc.)

ANSWER No. 24

**(a) I consumed about four or five alcoholic beverages on the date of the accident. I can't remember the exact number.**