# EXHIBIT K

# BIOMEDICAL EXPERT'S REPORT

for the

**JENNIFER SHEEHAN INJURY**

**By:**

JAMIE R. WILLIAMS, Ph.D.

14 MAY 2007

Robson Forensic INCORPORATED

# INVESTIGATION OF THE JENNIFER SHEEHAN INJURY

**BIOMEDICAL EXPERT'S REPORT** **14 MAY 2007**

## 1. INTRODUCTION

This diving injury occurred 8 August 2002 when Jennifer Sheehan dove into the above ground pool owned by Marvin Nadiger and sustained a C5 burst fracture resulting in paralysis.

The purpose of this investigation was to determine how the dive caused Sheehan's injuries.

## 2. AVAILABLE INFORMATION

1. Medical Records, Rhode Island Hospital, dated 8 August 2002 through 20 August 2002.
2. Discharge Summary, Rhode Island Hospital, dated 16 August 2002.
3. Operative Report, dated 11 August 2002.
4. Emergency Physician Record, dated 8 August 2002.
5. MRI scans, dated 8 August 2002.
6. CT scans, dated 8 August 2002.
7. Physician's Transfer Discharge Summar, Kessler Institute for Rehabilitation, dated 10 September 2002.
8. Discharge Summary, Spaulding Rehabilitation Hospital, dated 6 November 2002.
9. Warwick Fire Department Incident Report, dated 8 August 2002.
10. Rhode Island EMS Ambulance Run Report, dated 8 August 2002.
11. Transcript of the 15 November 2006 deposition of Jennifer Sheehan.
12. Transcript of the 18 May 2006 deposition of Fred Schall.
13. Transcript of the 8 November 2006 deposition of Stephen Radocchia.
14. Transcript of the 12 April 2006 deposition of Marvin J. Nadiger, Jr.
15. Plaintiff, Jennifer Sheehan's Answers to Defendant, Delair Group, LLC's First Set of Interrogatories.
16. Report by Leon Kazarian, dated 14 January 2007.
17. Report by Thomas C. Ebro, dated 23 April 2007.
18. Report by Gaston Lawrence Raffaelli, P.E., P.P., dated 12 April 2007.

## 3. DESCRIPTION OF INCIDENT

Sheehan testified:

- Q: Now the second time you went in the water you were preparing to do the exact same thing? A: I was going to prepare. I just didn't get that far. I fell before I got to. [JS 60]

- I know that I lost my balance on that little decking and it propelled me into the pool. [JS 63]
- It was – it wasn't springy, but it wasn't sturdy either. It was kind of loose. [JS 63]

## 4. DESCRIPTION OF INJURY

Imaging studies, MRI, CT and X-ray, of Sheehan's cervical indicate show a burst fracture of the C5 vertebra. The sagittal CT reveals a comminuted fracture of the C5 vertebral body with loss of anterior height. A small anterior inferior portion of the vertebral body is fracture and appears to be attached to the anterior longitudinal ligament. The body is displaced posteriorly resulting in cord compression. The C5 vertebral body is displaced 5 mm posteriorly. The axial CT shows bilateral lamina fractures and transverse fracture posterior to anterior through the center of the vertebral body. The sagittal MRI confirms cord compression at the C5 level.

## 5. BACKGROUND

Biomechanics is the science that deals with the time and space response characteristics of biologic solids (biosolid mechanics), fluids (biofluid mechanics), and viscoelastic materials (living tissue) to imposed internal and external forces. It can be classified as engineering studies of mechanics associated with the interface of loads on rigid and nonrigid bodies, and the behavior of bodies (physiologic systems) under loading.

Burst fractures are the result of a high energy impact in which the direction of the force is through the axis of the spine. Compression or injury of the spinal cord often results in bone segments being displaced and coming into contact with the spinal cord.

## 6. INJURY ANALYSIS

Water resistance does not slow down the body appreciably until depths of three feet.[1,2] Therefore, diving into water of about three feet deep results in impact loads similar to diving in to an empty pool. According to Sheehan's deposition testimony, at the time of injury she was approximately 5'6" and 125 lbs [JS 61]. Upon leaving the coping, Sheehan's motion can be broken down into two components, the vertical and horizontal motion.

The horizontal motion is dependent on the force exerted by Sheehan as she departed the surface of the coping and will influence how far out or away from the edge of the pool she moved horizontally or parallel to the surface of the water. The vertical component of her motion predominately determines the force at impact when her head struck the bottom of the pool. The vertical component of her motion or her speed in the downward direction can be calculated using the acceleration due to gravity and the vertical distance between her center of gravity and bottom of the pool.

Utilizing the Principle of Conservation of Energy and Work with:

- vertical height of the coping, 48 to 52 inches

- height of Sheehan's center of gravity, which for an adult female is located approximately at 0.53 x total height

Sufficient force and energy were generated to cause Sheehan's spine injuries.

The symmetrical nature of her fractures indicates that Sheehan impacted the center of her head as opposed to the right or left side. The loss of anterior vertebral height indicates that in addition to a compressive load, her neck underwent some degree of flexion, which resulted in a larger load along the anterior column of the spine. Sheehan struck the bottom of the pool with the crown of her head.

Entering the water at a similar angle to that of the first dive, Sheehan's head would not have impacted the bottom of the pool. In this position, her neck would not have been injured.

Sheehan's vertebral fractures at C5 and subsequent quadriplegia resulted from Sheehan striking the top portion of her head on the bottom of the pool.

Sheehan successfully completed the first shallow dive. While preparing to perform the same dive a second time she testifies to loosing her balance or in some way becoming unstable resulting in her entering the water at a steeper angle than she did the first time. Entering the water at this steeper angle caused her head to hit the bottom of the pool which resulted in the fracture of C5 and spinal cord injury.

Had Sheehan successfully performed her second dive in the same manner as the first dive, Sheehan would not have sustained her neck and spinal cord injuries.

## 7. FINDINGS

Within a reasonable degree of engineering certainty, and subject to change should additional information become available, it is my professional opinion that:

1. Sheehan's vertebral fractures at C5 and subsequent quadriplegia resulted from Sheehan striking the top portion of her head on the bottom of the pool

Jamie R. Williams, Ph.D.

Leon Kazarian, Dr. Ing.
Biomechanical Engineering Consultant
674 McBee Road
Bellbrook, Ohio 45305
Tel 937-426-3004
Fax 937-426-4281

January 14, 2007

Attorney Mary Cavanagh Dunn
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903-1765
Tel 401-831-8900
Fax 401 751-7542

RE: Jennifer Sheehan v. North American Marketing Corporation and Delair Group LLC

Dear Attorney Dunn:

This preliminary report identifies the characteristics, type, mechanics, and sequence of injuries as well as some biomechanical indicators of whole body kinematics relative to Jennifer Sheehan's pattern of cervical spine injury.

The following materials were reviewed:

- Medical records from Rhode Island Hospital including imaging
- Deposition of Jennifer Sheehan
- Sheehan's Answers to Interrogatories
- Deposition testimony of Marvin Naidger

BACKGROUND

1. On 8/8/02 Jennifer Sheehan went swimming in an above ground pool. She reports losing her balance while standing on the narrow, thin sheet metal pool coping. Ms. Sheehan also remembers her arms being extended and her head leading while she was falling in the direction of the water.

2. She sustained immediate loss of motor /sensory function. She was found facedown in the water. Her feet were pointed toward her take off point. Her head was pointed toward the center of the pool. Ms. Sheehan was removed from the water and taken to Rhode Island Hospital.

3. Ms. Sheehan sustained irreversible cervical spine injuries. Ms. Sheehan has no recollection of her fall kinematics, water entry or if her head struck a surface.

THE CHARACTERISTICS OF INJURY

4. The medical records, routine and contemporary imagings identify gross pathology limited to the lower cervical spine.

5. In the lateral imaging the attitude of the spine is that of flexion from the level of the injury upward. The level of greatest vertebral damage is at C5-C6.

6. The C5 vertebral body is compressed, comminuted and displaced posteriorly approximately 75% relative to C6.

7. The C5 vertebral body has been compressed anteriorly resulting in loss of anterior vertebral body height. Its posterior centrum wall is fractured and compressed.

8. The C5 vertebral centrum is fractured into two fragments, an anterior and a larger posterior fragment.

9. A small anterior inferior corner fragment has remained attached to the anterior longitudinal ligament.

10. The larger posterior inferior corner of the C5 centrum is rotated and posteriorly displaced narrowing the spinal canal at the C5-C6 level.

11. The spinal cord is compromised secondary to a mechanical insult resulting in spinal cord compression.

12. In the axial view the C5 centrum is fractured in the sagittal plane into left and right segments. Its lamina is bilaterally fractured. The C4-C5 and the C5-C6 intervertebral disks are disrupted. The anterior longitudinal ligament is disrupted. The posterior longitudinal ligament is intact. The posterior column reveals ligamentous tears involving the interspinous and supraspinous ligaments.

BIOMECHANICAL ANALYSIS AND OPINIONS

<u>Type/Mechanics of Injury</u>

13. The characteristics of the comminuted fracture dislocation together with the pattern and level of injury to the anterior and posterior columns identified in the imaging, medical records and surgery are indicative of axial compression loading to the cervical spine with the cervical spine forward of the neutral position and chin approaching the chest.

14. The bilaterally symmetrical form of the cervical fractures together with the midsagittal vertical fracture sustained by Jennifer Sheehan can only result from a bilaterally symmetrical axial load applied to the top of her head. Impact loading was applied in the region of the bregma and in the midsagittal plane of her skull. The impacting force was directed obliquely downward and posterior in the midsagittal

plane and of sufficient magnitude to destabilize spinal elements and compromise the posterior ligamentous tether.

15. Jennifer Sheehan sustained a high energy, localized flexion compression injury secondary to a bilaterally symmetric axial load as a result of a deep dive and impacting the bottom of the pool with the top of her head.

Sequence of Injury

16. The cervical injury pattern sustained by Ms. Sheehan is the result of her head impacting a stationary surface and the moving neck is forced to stop her aligned moving torso.

Slip, Fall, Trip, Stumble, Tumble, Crumple scenario – Which one is it?

17. Ms. Sheehan's reports she was standing on the coping facing toward the pool. She reports she did not push off. She may or may not have bent at her knees. She may or may not have thrust her body forward. She did not jump in nor did she did drop in. She does not remember if she fell sideways, forwards or headfirst. She just fell forward into the direction of the pool. She recalls she went arms first into the pool. She was leading with her head and claims that she lost her balance and slipped.

18. Based upon the medical records, Ms. Sheehan sustained isolated C5-C6 level injuries involving the anterior and posterior cervical spine. The C5 vertebral body is split in the coronal and sagittal planes. The form of vertebral body fracture is the result of an abrupt axial load on the top of her head in the area of the bregma and midsagittal suture. The impacting force was applied directly and symmetrically to the left and right side of the head.

19. The pattern and mechanics of the right and left side fractures and dislocations are symmetrical. The location of the spinal cord compression by the centrum fracture fragments and by their dislocation is the result of symmetrical flexion compression forces. The compromise of the spinal canal is symmetrical with respect to the left and right canal.

20. The mass of her torso and upper and lower body segments were equally distributed when her head impacted the pool bottom and came to a stop. The momentum of her forward moving torso and extremities symmetrically loaded her neck.

21. The characteristics of the compression flexion spinal cord injuries are not the result of a slip, fall, stumble, tumble, or crumple; but the result of a head first entry into a shallow body of water.