# EXHIBIT L


NO DIVING
SHALLOW WATER
DIVING MAY CAUSE
OR PERMANENT INJURY


DANGER
NO DIVING
SHALLOW WATER
DIVING MAY CAUSE DEATH
OR PERMANENT INJURY


ANGER NO DIVING