UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JENNIFER SHEEHAN<br>Plaintiff,<br><br>VS.<br><br>THE NORTH AMERICAN MARKETING CORPORATION and DELAIR GROUP, L.L.C.,<br><br>Defendants. | ) | C.A. NO. 05-364S |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS DELAIR GROUP, L.L.C. AND NORTH AMERICAN MARKETING CORPORATION MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff, Jennifer Sheehan, and respectfully requests this Court to extend the date for filing her opposition to the Defendants' Motion For Summary Judgment from Monday, August 6, 2007 to Monday, August 13, 2007.

As grounds for her motion, the plaintiff states that the failure to file the opposition by the current deadline was due to the excusable neglect and lack of complete communication between local counsel, David E. Maglio, and *pro hac vice* counsel, Barry C. Reed, Jr. At the time that the defendants' dispositive motion was filed, Attorney Maglio was preparing for the second week of an arbitration hearing that took place in Los Angeles California before the American Arbitration Association in the case of *E-Therm, Inc. v. Enviro-Clean, Inc.*, No. 32 114 00634 05 from Monday, July 30, 2007 through Friday, August 3, 2007. Attorney Maglio returned from California on Saturday, August 4, 2007 and was out of the office on vacation with his family on Monday, August 6, to Wednesday, August 8, 2007.

Attorney Maglio incorrectly assumed that Attorney Reed was going to finish preparing and file the opposition in a timely fashion or request additional time to do so. Unknown to Attorney Maglio, Attorney Reed was on vacation with his family during the week of July 23, 2007 returning to his office on Thursday August 2, 2007.

Counsel for North American Marketing Corporation has orally assented to this request for a one-week extension.

Counsel for Delair Group, LLC has orally indicated that she will not assent to this request for a one-week extension.

JENNIFER SHEEHAN

By her attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

__/s/ Barry C. Reed, Jr.______________
Barry C. Reed, Jr., Esq.
(Mass. BBO #542281)
Reed & Giordano
101 Tremont Street
Boston, MA 02108
(617) 426-1166
*Admitted Pro Hac Vice*

- *and* –

__/s/ David E. Maglio______________
David E. Maglio, Esq. (#3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 833-7979 (FAX)
*Local Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2007, I caused a true copy of the within *Motion of the Plaintiff to Extend Time to Oppose the Defendants' Motion for Summary Judgment* to be sent by CM/ECF to the following:

Mark P. Dolan, Esq.
John W. Kershaw, Esq.
RICE, DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903

Mary Cavanagh Dunn, Atty.
BLISH & CAVANAGH
Commerce Center
30 Exchange Terrace
Providence, RI 02903

/s/ David E. Maglio, Esq.
David E. Maglio, RI Reg. No. 3459