UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JENNIFER SHEEHAN )
Plaintiff, )
)
VS. ) C.A. NO. 05-364S
)
THE NORTH AMERICAN MARKETING )
CORPORATION and DELAIR )
GROUP, L.L.C., )
)
Defendants. )

**PLAINTIFF, JENNIFER SHEEHAN'S**
**STATEMENT OF UNDISPUTED FACTS**

1. Jennifer Sheehan's subjective understanding of the risk of diving into the subject pool was that she thought she could get scraped up on the bottom.

(Dep. excerpts of Jennifer Sheehan, pg. 54, Exhibit A)

2. Jennifer Sheehan had never heard of anybody getting hurt from diving into shallow water.

(Exhibit A, pg. 54)

3. Jennifer Sheehan's blood alcohol level taken at the Rhode Island Hospital shortly after the accident was 189 MG/DL which correlates to a blood alcohol level of 0.16%.

(Report of Dennis Hilliard, Exhibit B)

4. Defendant Delair distributes a publication known as "The Sensible Way to Enjoy Your Aboveground On ground Swimming Pool" with each pool its sells.

(Booklet at Exhibit C)

5. Plaintiff Acquatics expert Thomas Ebro is of the opinion that the 6 inch coping deck was defective and that the defect was the proximate cause of Jennifer Sheehan's injuries.

(CV and report of Thomas Ebro at Exhibit D),
(Pertinent deposition excerpts at Exhibit E)

6. Plaintiff engineering expert, Larry Raffaelli has produced a report indicating that the subject pool's coping was defective and that it was the proximate cause of the plaintiff's injuries.

(CV and report of Larry Raffaelli, P.E. at Exhibit F)

7. Plaintiff biomechanical engineer Jamie Williams is of the opinion that the plaintiff injured herself because at the time of her second dive she lost her balance or in someway because unstable resulting in her entering the pool at a steeper angle.

(CV and Report of Jamie Williams, PhD at Exhibit G)

APPENDIX

Almonte v. Lakeside Swimming Pool 1994Wl 931008 (R.I. Sup. Ct., 1994) Exhibit H

Mullen-Hall v. Buranich 2003 WL 1742 (N.Y., Sup. Ct. 2003) Exhibit I

JENNIFER SHEEHAN

by her attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

/s/ David E. Maglio, Esq.
David E. Maglio, Esq. (#3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 833-7979 (FAX)

and

/s/ Barry C. Reed, Jr., Esq.
Barry C. Reed, Jr., Esq.*
(Mass. BBO #542281)
Reed & Giordano
101 Tremont Street
Boston, MA 02108
(617) 426-1166
*Admitted Pro Hac Vice*

## CERTIFICATION

To:

Mark P. Dolan, Esq.
RICE, DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903

Mary Cavanagh Dunn, Atty.
BLISH & CAVANAGH
Commerce Center
30 Exchange Terrace
Providence, RI 02903

I hereby certify that on the 13th day of August, I caused a true copy of the Plaintiff's Statement of Undisputed Facts to be sent CM/ECF to the above-listed attorneys and by conventional mail to:

John W. Kershaw, Esq.
RICE, DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903

/s/ David E. Maglio, Esq.

h:\clients\sheehan\namco\pleadings\statement of undisputed facts