1-9-07
04-210
MRD

**DENNIS C. HILLIARD**
**68 Secluded Drive**
**Wakefield, RI 02879-2800**
Residence: 401-789-5677; Office: 401-874-2893
FAX: 401-874-2181

January 8, 2007

James S. D'Ambra, Esq.
Rice, Dolan & Kershaw
Suite 900
170 Westminster Street
Providence, RI 02903

Re: 04-210 Jennifer Sheehan vs. North American Marketing Corp.

Dear Mr. D'Ambra,

I have reviewed the material sent to me concerning the above case. I called you regarding my findings and you asked that I submit those findings to you in writing.

Rhode Island Hospital records report Ms. Sheehan's serum BAC to be 189 MG/DL at 7:56 PM on August 8, 2002.

In order to convert the reported serum BAC level to the units of legal blood alcohol limits, used in DWI cases, a mathematical conversion needs to be made. This conversation takes into account that serum contains approximately eighteen percent more alcohol per unit volume than whole blood. The level is also converted from milligram per deciliter to gram per 100 milliliters.

Applying this conversion to Ms. Sheehan's reported serum alcohol level, her equivalent BAC level is calculated to be 0.160% at the time the blood sample was taken. At this level there would be outward signs of intoxication, including staggered gait, impaired vision, slurred speech and/or increased reaction time.

Based on information provided by Ms. Sheehan, her BAC level would have peaked at or prior to 6:00 PM and is calculated to have been between 0.130% and 0.190%.

The Warwick Fire Department records indicate that they received an emergency dispatch call at 7:14 PM. This would indicate that Ms. Sheehan's accident had occurred just prior to that time. Ms. Sheehan's BAC at 7:00 PM is calculated to have been between 0.169% and 0.178%, based on the Hospital result and a metabolism rate of between 0.01% to 0.02%.

If I can provide you with any additional information, please contact me.

Sincerely,

Dennis C. Hilliard, M.S.
Adj. Asst. Professor - Biomedical Sciences