



# CURRICULUM VITAE

**THOMAS C. EBRO**, Aquatic Safety Specialist

5525 Reflections Boulevard
Lutz, Florida 33558-9017
Telephone: (813) 792-9000 FAX: (813) 792-9090
E-Mail: tomebro@aquarisk.com Website: www.tomebro.com

## PERSONAL DETAILS:

Age: 62-yrs
Married - No children
Fluent in 3-languages:
(English/German/Estonian)

Height: 6' 3"
Weight: 260-lbs
Born in Tallinn, Estonia (The Baltics)
Naturalized as US-citizen in 1958

**EDUCATION:** Bachelor of Science (B.S.) - University of Oregon - 1965
Major: Recreation Management & Aquatics Administration

## CURRENT PRIVATE PRACTICE OVERVIEW:

In business with a private aquatic safety consulting practice since 1985 with over 1,200 plaintiff and defense cases, my private firm **TOM EBRO - AQUATIC RISK MANAGEMENT** provides comprehensive aquatic litigation support services to attorneys handling products liability and water-related injury and death cases.

**My Areas of Specialization:**

* Aquatic risk management and emergency response protocols
* Water safety staff evaluation, training & performance audits
* Plan review, safety specifications, code/standards compliance
* Development or review of aquatic safety signage & warnings
* Aquatic resort planning, development, operational safeguards
* In-ground/Above-ground swimming pools and hot-water spas
* Ocean beaches & inland waterfront operation safety standards
* Waterpark attractions (slides, wavepools, cable-tows, tube-rides)
* All boating, personal watercraft, tow-rope sports, parasailing
* Skin & SCUBA diving standards, equipment, commercial operations

**My Litigation Support Services:**

* Preliminary discovery review and case merit valuation
* On-site aquatic accident investigation and reconstruction
* Lawyer orientation with relevant aquatic standard of care
* Insights into opposing-side aquatic theories and strategies
* Hindcasting aquatic behavioral & biomechanical scenarios
* Equipment failure analysis and product performance testing
* Aquatic facility safety audits including warnings adequacy
* Court exhibits (mounted photos, videos, forensic models)
* Answering interrogatories, including affidavits and reports
* Giving expert witness testimony during deposition and trial

**My Operational Support Facilities:**

* Professionally staffed, modern two-story new office facility (connected to my residence)
* Large aquatic library of codes, specifications and industry standards
* Computer-networked aquatic research center and documents database
* Industrial digital & SVHS video apparatus with editing studio on-premises
* Affiliated aquatic testing-lab facilities with highly skilled water experts

* Precision measurement instruments for slippage, lighting, slope, velocity, water-chemicals
  * Complete underwater equipment for photo and video documentation
    * 35' Formula "FasTech" high-performance motor-vessel and Zodiac inflatable watercraft

## CAREER AND EDUCATIONAL BACKGROUND:

**Summary Overview:** "More than 40-years of professional aquatics experience including litigation support service in over 1,200 aquatic cases, within 48 U.S. States, Antigua, The Bahamas, Canada, Cayman Islands, Costa Rica, Jamaica, Martinique, Mexico, Puerto Rico, St. Lucia, Turks & Caicos, and The Virgin Islands."

* University graduate holding specialty degree in aquatics recreation
* Ten years as Aquatic Director for Los Angeles County Government
* Medical Examiner's Deputy Coroner investigating all aquatic fatalities
* Instructor: Scuba, First-Aid, CPR, Water-Safety, Boating, Water-skiing
* Produced American Red Cross aquatic safety training films & videos
* Trained underwater instructors, police, firemen & commercial-divers
* Featured speaker at numerous aquatic safety seminars/conferences
* Recordholder in commercial-sponsored ocean powerboating events
* Six-years of aquatic-theme resort/hotel development & management
* 15-years of safety consultation, accident investigation/reconstruction
* Safety-consulting/Product-testing for Zodiac and Sevylor inflatables
* Featured on national television: 20/20, Inside Edition, Discovery, CNN

**1985 – Present** **CONSULTING PRACTICE & LITIGATION SUPPORT SERVICE** (My private firm)
Tampa Bay (Lutz), Florida

Following my more than 27-years' accumulation of "hands-on" professional field experience in aquatics, I returned from the Caribbean and established a private consulting practice, presently named **TOM EBRO – AQUATIC RISK MANAGEMENT**, devoted to aquatic risk management and litigation support consulting, with the firm's offices currently based in Lutz, Florida. My aquatic safety consulting practice (pro-actively) specializes in aquatic accident prevention ... conducting testing of equipment and on-site safety inspections plus providing remedial consultation availability to resort-hotels, commercial waterparks, public recreation agencies, swimming pools, beaches/waterfronts, insurance companies, the boating industry and aquatic equipment manufacturers. My aquatic litigation support practice (reactively) specializes in water accident reconstruction, forensic investigation, consulting on cases, and providing expert witness services to the legal community on a wide variety of recreational aquatic accident and death matters. In total, this translates into 17-years of accumulated "hands-on" litigation-support with courtroom-testifying experience and handling of over 1,200 prior cases for both Plaintiff and Defense.

My direct experience in serious and/or fatal aquatic accident investigation has provided me the expertise to determine causal factors, recommend corrective action, and implement operational, maintenance and safety training programs to minimize litigation exposure. And, in working with both Plaintiff and Defense attorneys on over 1,200 cases, I have found that the combination of my firm's reliance on extensive aquatic reference resources, hands-on professional expertise, and meticulous preparation skills to be "keys to success" for the law firms I serve. A sampling of the services I provide includes:

* **Aquatic Accident Analysis**:
  Forensic reconstruction of aquatic accidents. Specialized photography and video documentation. Time/Motion re-enactment at the surface and below. Measuring slip-resistance on wet walking surfaces.

* **Aquatic Safety Engineering:**
  Safety-survey of aquatic facility design, construction, maintenance and operation. Hazard foreseeability. Warning signs. Legal compliance. Industry standards. Staff evaluation. Emergency action plan.

* **Aquatic Human & Biomechanical Factors:**
  Drowning accidents. Spinal cord injuries from diving into shallow water. Slips and falls. Water slide accidents. Boating and Jet Ski accidents. Water-skiing related accidents. SCUBA diving accidents.

* **Aquatic Product Liability:**
  Failure analysis and performance testing of aquatic products. Confirming misuses and hidden causal defects. Industry standards. Aquatic environmental factors. The adequacy of warnings and instructions.

**1981 - 1985** **DIRECTOR OF DEVELOPMENT**, Rum Cay Club (A "Members-Only" Resort/Hotel)
The Bahamas.

From inception, I was in charge of directing the entire development of this luxurious beach resort/hotel on a remote Caribbean island. Exclusively designed for advanced SCUBA-divers and underwater photographers, this posh resort featured luxury accommodations, a gourmet restaurant/lounge, a conference center, private air-transportation and a "state-of-the-art" SCUBA-diving operation.

The theme of this resort focused exclusively on ocean recreation -- featuring advanced level SCUBA-diving and underwater photography concentration with supervised underwater-tours, specialty aquatic-instruction, boating, sailing, windsurfing, swimming, beach and spa activity. A sampling of my "aquatics-related" achievements included:

* I recruited, personally trained and supervised all aquatic personnel including the instructors, divemasters and boat captains.

* I designed the resort's two custom built 34-foot "tri-hull flattop" dive boats, specially adapted for rough seas, with the latest electronics and convenience features for underwater photographers.

* I installed an elaborate "twin-compressor" air station, a 10,000-cu/ft. cascade system, the logistics for transporting over 200 SCUBA-cylinders, and conducted technical maintenance training.

* I personally selected and purchased the resort's aquatic inventory including SCUBA gear, motor vessels, outboard engines, catamarans, beach equipment, pier hardware, emergency-room supplies, etc.

Upon expiration of my four-year "turn-key" contract, I decided to start my own business and pursue an independent aquatic consultation career.

**1978 - 1980** **RESIDENT GENERAL MANAGER** Spanish Bay Reef Resort/Hotel
Cayman Islands, British West Indies.

As the hotel's General Manager, I was in charge of daily operations and personally directed the expansion of SPANISH BAY REEF RESORT, an exclusive watersports resort/hotel in the Cayman Islands. It was a luxurious waterfront property with 25 secluded bungalows, a gourmet restaurant, a bar/lounge with native entertainment, a large swimming pool and marina, plus exceptionally elaborate SCUBA-diving facilities.

My principal responsibility there was to create an "aquatics-theme" operation -- featuring advanced level SCUBA-diving and underwater photography with supervised underwater tours, aquatic-instruction, boating, sailing, windsurfing, swimming, beach and marina activity. A sampling of my "aquatics-related" achievements included:

* I recruited, personally trained and supervised all aquatic personnel including the instructors, divemasters and boat captains.

* I personally designed and directed the construction of the outdoor swimming pool and I selected its circulation, filtration, chemical-feed, and automatic timing systems.

* I created a "state-of-the-art" SCUBA-diving operation tailored to underwater photography, with hi-tech facilities, custom diveboats, equipment rental/repair, a color photo-lab & instruction programs.

* I attained the 1978 Undercurrent Magazine rating as "Best of the Lot" in a Caribbean comparison survey of SCUBA resorts. I also received Cayman's "Outstanding Hotel Administrator" award.

After 3 years, I left, because the resort was sold and the new shareholders wished to operate the resort themselves. I lived aboard my powerboat and cruised throughout the Caribbean for one year.

**1974 - 1978** **<u>GENERAL MANAGER</u>** David and Dash International Corp.
Miami, Florida

As Corporate General Manager, I performed all executive functions for this international corporation, establishing the goals and directing the activities of all section supervisors. David and Dash is the leading converter, importer, handprinter and manufacturer of interior design textiles and wallcoverings to the hospitality industry. Our annual sales exceeded $10-million. My responsibilities included directing the overall operation of our headquarters and plant facilities in Miami, as well as supervising all administration levels and coordinating all sales activities of our domestic and foreign showrooms.

After 4 years, I voluntarily resigned my Corporate General Manager position in 1978, and moved away from the United States to work in the Caribbean resort-hotel industry as a Resident General Manager at a spectacular dive resort in the British West Indies.

**1965 - 1975** **<u>SENIOR AQUATIC SPECIALIST</u>** L. A. County, Department of Parks & Recreation
Los Angeles, California.

For ten years I ran the Los Angeles County Aquatics Program. My countywide scope of responsibility extended over 4,083 square miles into more than 100 municipal and private agencies, and encompassed the total planning, development and operation of all public aquatic programs at marine facilities under County jurisdiction. Of historical significance, during my ten years of administration and direct supervision, the L.A. County Underwater Program is solely credited with originating today's worldwide level of SCUBA certification standards and safety legislation.

Because of the uniqueness of my position, I was recognized as a top authority and consultant in aquatics. I traveled extensively giving presentations. I conducted countless public events including major local and national diving conferences. I have written technical articles and training manuals which still remain in wide use today. I have also developed public service TV-filmclips, radio-spots, and have produced, narrated and performed in motion pictures dealing with aquatic safety, lifeguard training and marine-environment topics. Examples of the varied aquatic programs I conducted include:

* **Aquatic education programs; Safety training; Standards regulation; Team-competition & tournaments; Aquatic publications & film media:**
Conducted widespread aquatic-leadership training including the certification of novice swimming & springboard diving-coaches, skin & SCUBA instructors, synchronized water-ballet coaches, canoeing & small-craft instructors, plus aquatic teachers for the disabled. Conducted mass-scale aquatic tournaments, league competition and culminating championship events involving hundreds of public swimming pools and attracting enormous public participation. Maintained a continuous liaison with all aquatic industry leaders, manufacturers, swim clubs, marine retailers, publications, regulatory and safety agencies, and instructor organizations.

* **Basic & advanced SCUBA certification and Instructor courses:**
From inception, my office pioneered this sport's early development and safety standards; Enforced the nation's highest instructor requirements and public instruction standards; Regulated the annual re-certification of more than 300 SCUBA-instructors; Issued more than 1,000 public certification-cards monthly; Produced classroom aids and publications; Appointed and supervised advanced training staffs; Monitored performance and conduct standards; Furnished specialized underwater training to police, coroners, firemen, NASA-scientists, lifeguards and the physically handicapped.

* **Aquatic accident investigation and research:**
I functioned as the Medical Examiner's Deputy Coroner-Investigator and was in charge of coordinating forensic investigation of aquatic fatalities in Southern California; Participated in autopsies and laboratory examinations, did technical evaluation of breathing gases and equipment, gave expert opinion and legal testimony during inquests, and published annual research findings; Served as the Chief Diving Officer for Los Angeles County Government, as the Executive Director of Los Angeles County's Underwater Safety Committee and as a liaison-advisor to the U.S. Navy Submarine Medical Command.

* **Produced aquatic publications and training-films:**
Editor/Publisher of basic SCUBA-diving textbook and monthly magazine; contributed articles to aquatic publications; Produced film-clips for television; Consulted, narrated and was the featured performer for the American Red Cross motion picture series on "Water Safety," currently being distributed worldwide; forensic photo-reconstruction of aquatic accidents; developed a public aquatic resource library and speakers bureau; generated original research and underwater survey material from graduating course participants and launched aquatic promotions and safety campaigns.

* **Vocational rehabilitation diver-training for inmates:**
Co-founded today's only commercial deep sea diving vocational prisoner rehabilitation training program at the State Correctional Institution in Chino, California; negotiated for Federal funding and surplus military diving hardware and organized the curriculum, etc. The program operates successfully today, with recidivism practically non-existent and career placement assured to the parolees in advance by major offshore diving companies.

* **Underwater ecology and kelp-restoration:**
Initiated various public ecology programs and kelp restoration efforts in Southern California; was instrumental behind the Palos Verdes Underwater Park development; participated with Cal-Tech toward generating joint-governmental funding and environmental legislation; received a grant from the County Fish & Game Commission to initiate volunteer programs to control kelp devastation by sea urchins; served on most underwater preservation and park-planning commissions for Los Angeles County and the State and was instrumental in the public domain acquisition of Catalina Island and headed its underwater preservation board.

After 10 years, I voluntarily resigned from the public sector to enter into the private industry hotel-management field. My father-in-law, at the time, was the Vice President of Hilton Hotels Corporation and he assisted in arranging my next career move, to General Manager, of an international hotel

subcontractor firm.

**1959 - 1965** **AQUATICS DIRECTOR** Portland, Oregon
Multnomah County Parks & Memorials Department

For a total of six summers, I worked for Multnomah County's Department of Parks and Memorials. For 2-years I worked as a Lifeguard; followed by 1-year as Head-Lifeguard; and for 3-years as Aquatics Director. The "Blue Lake Park" facility I assisted in developing and managed was then Oregon's newest and largest regional aquatic complex, indeed one of the nation's earliest waterparks, with a seasonal staff numbering over one hundred employees. The aquatic programs I directed were county-wide in scope and included swimming & diving instruction, competitive meets, water safety courses, canoeing & boating, lifeguard contests, and specialized military survival training programs. Multnomah County government and the University had formally arranged for my seasonal work to be closely evaluated and academically credited as "professional internship" wherein I was allowed to implement the numerous "cutting-edge" aquatics concepts that I had learned in my classes.

**1963 - 1965** **UNIVERSITY OF OREGON** Eugene, Oregon

**1961 - 1963** **PORTLAND STATE UNIVERSITY** Portland, Oregon

**1960 - 1961** **LEWIS AND CLARK COLLEGE** Portland, Oregon

At age 24, I graduated from the University of Oregon and earned a Bachelor of Science degree in Recreation Management and Aquatics Administration. This specialized two-year curriculum was offered by the University's Health, Physical Education and Recreation Department. During those two years, my formal practical-internship consisted of working part-time and seasonally for Multnomah County's Parks Department, participating in the designing, construction and operation of 'Blue Lake Park,' a regional public waterpark. This futuristic aquatic facility proved to be one of the earliest forerunners to subsequent proliferation of hi-tech waterparks.

For two years, I attended Portland State University completing my undergraduate work. And the prior year, on returning from active duty in the Marines, I had started my formal education in Lewis and Clark College.

**1958 - 1966** **U.S. MARINE CORPS** (Honorable Discharge) Camp Pendleton, California

At age 17, immediately following high school, I enlisted in the U.S. Marine Corps and, in 1960, assumed the Military Occupational Specialty (MOS #8563) "Water Safety Survival Instructor." I worked as a lifeguard, taught swimming, instructed in amphibious survival and, as a diver, recovered tools dropped overboard during pontoon-bridge construction exercises. I was also the Assistant Editor of the base newspaper within the Public Information Office. Following 6-months of active duty, I enrolled in college and completed my 8-year military service-tour in the reserves, training on alternate weekends and for two-weeks each summer.

**1940 - 1958** **FOREIGN & DOMESTIC EDUCATION** Europe and the United States

I was born in Tallinn, Estonia during Soviet occupation of the Baltic countries in 1940. Our family escaped to Germany during World War 2. I attended numerous elementary schools in refugee camps throughout Europe prior to emigrating into the United States in 1951. I grew up in the midst of various Western nationalities and cultures. I attended two high schools in Portland, Oregon (Cleveland HS - 1-year and Jefferson HS - 3-years). I acquired fluency in three languages (Estonian, German and English) and became a naturalized U.S. citizen upon high school graduation in 1958.

SUPPLEMENTARY DETAILS, SKILLS & ACCOMPLISHMENTS:

* **Incorporated in the State of Florida** -- with two private companies: (Presently these two companies do not operate independently; their functions are combined: TOM EBRO - AQUATIC RISK MANAGEMENT)

  **Tom Ebro, Inc. (Tax I.D. #59-2628858)**
  **d/b/a Tom Ebro – Aquatic Risk Management**
  A "reactive" litigation support service business wherein I function as the sole private practitioner consulting exclusively in the Aquatic Safety related investigation and research specialty.

  **Aquatic Risk Management, Corp.**
  **d/b/a Tom Ebro – Aquatic Risk Management**
  A "proactive" safety-recommendation service business wherein my company furnishes aquatic risk management consultation and safety-auditing to commercial aquatic facilities and manufacturers.

* **40-years photography experience** -- I possess commercial video and photography equipment (both surface and underwater capacity); I am trained in forensic photo/video documentation; My experience includes photo-darkroom and video-editing, film production, script-writing and voice-narration; I've prepared numerous court exhibits.

* **Recordholder in ocean-powerboating** -- In 1980 I completed a record 3,000-mile open ocean voyage to South America with a 25-foot racing powerboat. Commercial sponsors for this challenging feat included Rolex, Carrera, Champion, CRC and Thunderbird Boats. The accomplishment included my survival through "Hurricane Allen" and it was featured in U.S. boating magazines, including on television and in newspapers throughout the Caribbean.

AQUATIC RISK
TOM EBRO
MANAGEMENT
WATER SAFETY CONSULTANTS
**Thomas C. Ebro**
19207 Pristine Place • Lutz, FL 33558-9044 • 813.792.9000 • FAX 813.792.9090 • tomebro@tomebro.com • www.tomebro.com

April 23, 2007

Barry C. Reed, Jr.
Attorney at Law
REED & GIORDANO
101 Tremont Street
Boston, Massachusetts 02108

Re: **Sheehan v. NAMCO Pool Co.**

Dear Mr. Reed:

With respect to my upcoming deposition, I will be testifying on my knowledge and experience of above-ground pools, including the pool where Jennifer Sheehan was injured on August 8, 2002.

I have reviewed the report of Larry Rafaelli as well as supporting materials. I am in agreement with the opinions contained in his report.

In addition, I would add that the narrow 6 inch coping deck on the subject pool as well as on all Namco/Delair Pools that feature this type of top rail is inherently dangerous since persons, including children, can easily stand on the top rail which subjects them to the risk of losing one's balance which could put them at risk of falling into or out of the pool. In addition, representatives of Namco and Delair were aware that the top rail presented a risk to persons standing on same due to its narrowness and instability.

In my opinion, the mere placement of a no diving warning on the pool should not absolve the manufacturer and seller from responsibility for Jennifer Sheehan's foreseeable accident. That a sufficient and reasonable design for this type of pool should include a cap over the coping deck to prohibit persons from standing and/or obtaining access to the deck. Also, this safer design would also help reduce the number of shallow entry accidents that happen every year in above ground pools.

Had the manufacturer and seller taken such a reasonable and relatively inexpensive step to incorporate such a design onto its pool the tragic accident involving Jennifer Sheehan on August 8, 2002 would have been avoided.

Warmest regards,

AQUATIC RISK MANAGEMENT

Thomas C. Ebro
Water Safety Specialist

TCE:mm