# BIOMEDICAL EXPERT'S REPORT

for the

# JENNIFER SHEEHAN INJURY

By:

JAMIE R. WILLIAMS, Ph.D.

14 MAY 2007



Robson Forensic
INCORPORATED

# INVESTIGATION OF THE JENNIFER SHEEHAN INJURY

**BIOMEDICAL EXPERT'S REPORT** **14 MAY 2007**

## 1. INTRODUCTION

This diving injury occurred 8 August 2002 when Jennifer Sheehan dove into the above ground pool owned by Marvin Nadiger and sustained a C5 burst fracture resulting in paralysis.

The purpose of this investigation was to determine how the dive caused Sheehan's injuries.

## 2. AVAILABLE INFORMATION

1. Medical Records, Rhode Island Hospital, dated 8 August 2002 through 20 August 2002.
2. Discharge Summary, Rhode Island Hospital, dated 16 August 2002.
3. Operative Report, dated 11 August 2002.
4. Emergency Physician Record, dated 8 August 2002.
5. MRI scans, dated 8 August 2002.
6. CT scans, dated 8 August 2002.
7. Physician's Transfer Discharge Summar, Kessler Institute for Rehabilitation, dated 10 September 2002.
8. Discharge Summary, Spaulding Rehabilitation Hospital, dated 6 November 2002.
9. Warwick Fire Department Incident Report, dated 8 August 2002.
10. Rhode Island EMS Ambulance Run Report, dated 8 August 2002.
11. Transcript of the 15 November 2006 deposition of Jennifer Sheehan.
12. Transcript of the 18 May 2006 deposition of Fred Schall.
13. Transcript of the 8 November 2006 deposition of Stephen Radocchia.
14. Transcript of the 12 April 2006 deposition of Marvin J. Nadiger, Jr.
15. Plaintiff, Jennifer Sheehan's Answers to Defendant, Delair Group, LLC's First Set of Interrogatories.
16. Report by Leon Kazarian, dated 14 January 2007.
17. Report by Thomas C. Ebro, dated 23 April 2007.
18. Report by Gaston Lawrence Raffaelli, P.E., P.P., dated 12 April 2007.

## 3. DESCRIPTION OF INCIDENT

Sheehan testified:

- Q: Now the second time you went in the water you were preparing to do the exact same thing? A: I was going to prepare. I just didn't get that far. I fell before I got to. [JS 60]

- I know that I lost my balance on that little decking and it propelled me into the pool. [JS 63]
- It was – it wasn't springy, but it wasn't sturdy either. It was kind of loose. [JS 63]

## 4. DESCRIPTION OF INJURY

Imaging studies, MRI, CT and X-ray, of Sheehan's cervical indicate show a burst fracture of the C5 vertebra. The sagittal CT reveals a comminuted fracture of the C5 vertebral body with loss of anterior height. A small anterior inferior portion of the vertebral body is fracture and appears to be attached to the anterior longitudinal ligament. The body is displaced posteriorly resulting in cord compression. The C5 vertebral body is displaced 5 mm posteriorly. The axial CT shows bilateral lamina fractures and transverse fracture posterior to anterior through the center of the vertebral body. The sagittal MRI confirms cord compression at the C5 level.

## 5. BACKGROUND

Biomechanics is the science that deals with the time and space response characteristics of biologic solids (biosolid mechanics), fluids (biofluid mechanics), and viscoelastic materials (living tissue) to imposed internal and external forces. It can be classified as engineering studies of mechanics associated with the interface of loads on rigid and nonrigid bodies, and the behavior of bodies (physiologic systems) under loading.

Burst fractures are the result of a high energy impact in which the direction of the force is through the axis of the spine. Compression or injury of the spinal cord often results in bone segments being displaced and coming into contact with the spinal cord.

## 6. INJURY ANALYSIS

Water resistance does not slow down the body appreciably until depths of three feet.[1,2] Therefore, diving into water of about three feet deep results in impact loads similar to diving in to an empty pool. According to Sheehan's deposition testimony, at the time of injury she was approximately 5'6" and 125 lbs [JS 61]. Upon leaving the coping, Sheehan's motion can be broken down into two components, the vertical and horizontal motion.

The horizontal motion is dependent on the force exerted by Sheehan as she departed the surface of the coping and will influence how far out or away from the edge of the pool she moved horizontally or parallel to the surface of the water. The vertical component of her motion predominately determines the force at impact when her head struck the bottom of the pool. The vertical component of her motion or her speed in the downward direction can be calculated using the acceleration due to gravity and the vertical distance between her center of gravity and bottom of the pool.

Utilizing the Principle of Conservation of Energy and Work with:

- vertical height of the coping, 48 to 52 inches

- height of Sheehan's center of gravity, which for an adult female is located approximately at 0.53 x total height

Sufficient force and energy were generated to cause Sheehan's spine injuries.

The symmetrical nature of her fractures indicates that Sheehan impacted the center of her head as opposed to the right or left side. The loss of anterior vertebral height indicates that in addition to a compressive load, her neck underwent some degree of flexion, which resulted in a larger load along the anterior column of the spine. Sheehan struck the bottom of the pool with the crown of her head.

Entering the water at a similar angle to that of the first dive, Sheehan's head would not have impacted the bottom of the pool. In this position, her neck would not have been injured.

Sheehan's vertebral fractures at C5 and subsequent quadriplegia resulted from Sheehan striking the top portion of her head on the bottom of the pool.

Sheehan successfully completed the first shallow dive. While preparing to perform the same dive a second time she testifies to loosing her balance or in some way becoming unstable resulting in her entering the water at a steeper angle than she did the first time. Entering the water at this steeper angle caused her head to hit the bottom of the pool which resulted in the fracture of C5 and spinal cord injury.

Had Sheehan successfully performed her second dive in the same manner as the first dive, Sheehan would not have sustained her neck and spinal cord injuries.

## 7. FINDINGS

Within a reasonable degree of engineering certainty, and subject to change should additional information become available, it is my professional opinion that:

1. Sheehan's vertebral fractures at C5 and subsequent quadriplegia resulted from Sheehan striking the top portion of her head on the bottom of the pool

[signature]

-----------------------------------------

Jamie R. Williams, Ph.D.