**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JENNIFER SHEEHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 05-364 S** |
| | ) | |
| **THE NORTH AMERICAN MARKETING CORPORATION and DELAIR GROUP, L.L.C.** | ) | |
| | ) | |
| **Defendants** | ) | |

**DEFENDANTS DELAIR GROUP L.L.C.'S AND NORTH AMERICAN MARKETING CORPORATION'S MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION**

Defendants Delair Group L.L.C. ("Delair") and the North American Marketing Corporation ("NAMCO") hereby move for an extension of time to file their reply to Plaintiff Jennifer Sheehan's ("Plaintiff") opposition to their summary judgment motion. In support hereof, Delair and NAMCO state the following:

1. On July 18, 2007, Delair and NAMCO filed their summary judgment motion.
2. On August 9, 2007, Plaintiff filed a motion for an extension, requesting additional time up to and including August 13, 2007 to file her opposition.
3. On August 10, 2007, Plaintiff's motion for extension was granted, and on August 13, 2007, Plaintiff filed her opposition.
4. Counsel for Delair is court-excused from August 20 through August 24 and therefore respectfully requests an extension of time until September 4, 2007 to file Delair and NAMCO's reply to Plaintiff's opposition.

DELAIR GROUP LLC
By its Attorneys,

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr. #1139
Mary Cavanagh Dunn #6712
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: 401-831-8900
Facsimile: 401-751-7542
jvc@blishcavlaw.com
mcd@blishcavlaw.com

NORTH AMERICAN MARKETING CORPORATION
By its Attorneys,

/s/ Mark P. Dolan
Mark P. Dolan #3280
RICE, DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903
Telephone: 401-272-8800
Facsimile: 401-421-7218
ricedolan@ricedolan.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 16th day of August, 2007 I caused a true copy of the within Motion to be electronically filed via ECF, or regular mail as indicated to the following counsel of record:

Mark P. Dolan, Esq.
RICE, DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903
ricedolan@ricedolan.com
(Via ECF)

David E. Maglio
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
dmaglio@magliolaw.com
(Via ECF)

Barry C. Reed, Esq.
Reed & Giordano, P.A.
101 Tremont Street
Boston, MA 02108
(Via Regular Mail)

/s/ Mary C. Dunn