UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JENNIFER SHEEHAN,<br>Plaintiff | : | |
| vs. | : | C.A. No. 05-364S |
| THE NORTH AMERICAN MARKETING CORPORATION and DELAIR GROUP, LLC<br>Defendants | : | |

NOTICE OF BANKRUPTCY AND AUTOMATIC STAY OF 11 U.S.C. §362

PLEASE TAKE NOTICE that on March 16, 2008, the following entities (collectively, the "Debtors") filed voluntary petitions for relief in bankruptcy under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey:

- Shapes/Arch Holdings L.L.C. – 08-14631 (GMB)
- Shapes L.L.C. – 08-14632 (GMB)
- Ultra L.L.C. – 08-14633 (GMB)
- Delair L.L.C. – 08-14634 (GMB)
- Accu-Weld L.L.C. – 08-14635 (GMB)

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §362 an automatic stay is in effect as a result of the bankruptcy filings of the Debtors including but not limited to a stay with respect to any act to create, perfect, or enforce any lien against property of the estate as defined in 11 U.S.C. §541, and, also with respect to commencement or continuation, including issuance or employment of process, of a judicial, administrative, or

other action or proceeding against the Debtors that was commenced before the commencement of the bankruptcy cases under Title 11, or, to recover a claim against the Debtors that arose before the commencement of the bankruptcy cases under Title 11.

Dated: March 31, 2008

By: [signature]
Joseph V. Cavanagh, Jr. (#1139)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

CERTIFICATE OF SERVICE

Mark P. Dolan, Esq.
Rice, Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

David E. Maglio, Esq.
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903

Barry C. Reed, Esq.
Reed & Giordano, P.A.
101 Tremont Street
Boston, MA 02108

I hereby certify that on the 31st day of March, 2008, I caused to be served via first-class mail, postage prepaid, a copy of the within Notice of Bankruptcy and Automatic Stay of 11 U.S.C. §362 to the above-named counsel of record.

[signature]