UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

**Jennifer Sheehan**

**Plaintiff**

**V.**

**Case Number: C.A. NO. 05-364S**

**The North American Marketing Corporation and Delair Group, L.L. C.**

Defendants

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, The North American Marketing Corporation and Delair Group, LLC against the Plaintiff, Jennifer Sheehan pursuant to the Court's Opinion and Order dated April 2, 2008 granting Defendants' Motion for Summary Judgment as to all counts.**

**BY ORDER:**

Janeen Baldinelli

**Deputy Clerk**

**April 2, 2008**
**Date**