UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JENNIFER SHEEHAN<br>Plaintiff,<br><br>VS.<br><br>THE NORTH AMERICAN MARKETING CORPORATION and DELAIR GROUP, L.L.C.,<br><br>Defendants. | ) | C.A. NO. 05-364S |

**NOTICE OF APPEAL**

Notice is hereby given that the plaintiff, Jennifer Sheehan, hereby appeals from the order of summary judgment entered in the above-entitled action on April 2, 2008.

JENNIFER SHEEHAN

By her Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

/s/ David E. Maglio, Esq.
David E. Maglio, Esq. (#3459)
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 833-7979 (FAX)

and
/s/ Barry C. Reed, Jr., Esq.
Barry C. Reed, Jr., Esq.*
(Mass. BBO #542281)
Reed & Giordano
101 Tremont Street
Boston, MA 02108
(617) 426-1166
*Admitted Pro Hac Vice*

**CERTIFICATION**

To:

Mark P. Dolan, Esq.
John W. Kershaw, Esq.
RICE, DOLAN & KERSHAW
170 Westminster Street, Suite 900
Providence, RI 02903

Mary Cavanagh Dunn, Atty.
BLISH & CAVANAGH
Commerce Center
30 Exchange Terrace
Providence, RI 02903

I hereby certify that on the 21st day of April, 2008, I caused a true copy of the *Plaintiff's Notice of Appeal* to be electronically mailed via CM/ECF to the above-listed attorneys.

/s/ David E. Maglio, Esq.

h:clients\sheehan\namco\pleadings\notice of appeal